2019 tax return is the last filed return.  The 2020 tax return will be filed when it is prepared.

36777P 07/27/2021 12:01 PM

| Form **1065** | | | U.S. Return of Partnership Income | | OMB No. 1545-0123 |
|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year beginning _____ , ending _____ .
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

**2019**

| A | Principal business activity | | Name of partnership | D | Employer identification number |
|---|---|---|---|---|---|
| | MOVING/STORA | | LOCAL MOTION MN LLC | | ▮▮▮▮▮▮▮ |
| B | Principal product or service | Type or Print | Number, street, and room or suite no. If a P.O. box, see the instructions. | E | Date business started |
| | SERVICE | | 8625 MONTICELLO LANE NORTH | | 01/08/2015 |
| C | Business code number | | City or town, state or province, country, and ZIP or foreign postal code | F | Total assets (see instructions) |
| | 484110 | | MAPLE GROVE            MN  55369 | | $ 2,856,142 |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶ ...............................................
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ .................................. ▶ 3
**J** Check if Schedules C and M-3 are attached ................................................................................................ ▶ ☐
**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 3,411,507 | |
| | b | Returns and allowances | 1b | | |
| | c | Balance. Subtract line 1b from line 1a | | 1c | 3,411,507 |
| | 2 | Cost of goods sold (attach Form 1125-A) | | 2 | 2,092,672 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 1,318,835 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| | 7 | Other income (loss) (attach statement) | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 | 1,318,835 |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | 572,718 |
| | 10 | Guaranteed payments to partners | | 10 | |
| | 11 | Repairs and maintenance | | 11 | 8,202 |
| | 12 | Bad debts | | 12 | 48,631 |
| | 13 | Rent | | 13 | 254,860 |
| | 14 | Taxes and licenses | | 14 | 31,843 |
| | 15 | Interest (see instructions) | | 15 | 102,821 |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | 22,221 | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 15,208 | 16c | 7,013 |
| | 17 | Depletion (**Do not deduct oil and gas depletion.**) | | 17 | |
| | 18 | Retirement plans, etc. | | 18 | |
| | 19 | Employee benefit programs | | 19 | |
| | 20 | Other deductions (attach statement)            SEE STATEMENT 1 | | 20 | 368,081 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 1,394,169 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | 22 | −75,334 |
| Tax and Payment | 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | 23 | |
| | 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | | 24 | |
| | 25 | BBA AAR imputed underpayment (see instructions) | | 25 | |
| | 26 | Other taxes (see instructions) | | 26 | |
| | 27 | **Total balance due.** Add lines 23 through 26 | | 27 | |
| | 28 | Payment (see instructions) | | 28 | |
| | 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | | 29 | |
| | 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▲ _____           ▶ _____
Signature of partner or limited liability company member                Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | MICHAEL J. CHALMERS, CPA | | 07/27/21 | | ▮▮▮▮ |
| | Firm's name ▶ CHALMERS & COMPANY, PLLC | | | Firm's EIN ▶ ▮▮▮▮ | |
| | Firm's address ▶ 5810 W 78TH ST STE 100 BLOOMINGTON, MN            55439-2602 | | | Phone no. ▮▮▮▮ | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2019)

DAA

36777P 07/27/2021 12:01 PM

Form 1065 (2019)   **LOCAL MOTION MN LLC** ███████████████ Page **2**

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

**a** ☐ Domestic general partnership   **b** ☐ Domestic limited partnership
**c** ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership
**e** ☐ Foreign partnership   **f** ☐ Other ▶

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

Form **1065** (2019)

DAA

36777P 07/27/2021 12:01 PM

Form 1065 (2019)   **LOCAL MOTION MN LLC** ▉▉▉▉▉▉▉   Page **3**

| **Schedule B** | **Other Information** (continued) | | Yes | No |
|---|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | | |
| 16a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions | | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | | X | |
| 17 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ 0 | | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ 0 | | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions ▶ $ | | | X |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | | |
| C | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ _____ If "No," complete Designation of Partnership Representative below. | | | X |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ **LOCAL MOTION MINNESOTA INC**

| U.S. address of PR ▶ | **18219 TRISTRAM WAY**<br>**EDEN PRAIRIE**   **MN 55346** | U.S. phone number of PR | ▶ ▉▉▉▉▉ |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶ **DAVID SEELEY**

| U.S. address of designated individual ▶ | **18219 TRISTRAM WAY**<br>**EDEN PRAIRIE**   **MN 55346** | U.S. phone number of designated individual | ▶ ▉▉▉▉▉ |
|---|---|---|---|

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
|---|---|---|---|---|
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ 0 | | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | | X |

Form **1065** (2019)

DAA

36777P 07/27/2021 12:01 PM

Form 1065 (2019)  LOCAL MOTION MN LLC  Page **4**

## Schedule K   Partners' Distributive Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 22) | **1** | −75,334 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** | Other gross rental income (loss)  **3a** | | |
| | **b** | Expenses from other rental activities (attach statement)  **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** | Guaranteed payments:  **a** Services  **4a**    **b** Capital  **4b** | | |
| | | **c** Total. Add lines 4a and 4b | **4c** | |
| | **5** | Interest income | **5** | |
| | **6** | Dividends and dividend equivalents:  **a** Ordinary dividends | **6a** | |
| | | **b** Qualified dividends  **6b**    **c** Dividend equivalents  **6c** | | |
| | **7** | Royalties | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** | Collectibles (28%) gain (loss)  **9b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement)  **9c** | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** | Other income (loss) (see instructions) Type ▶ | **11** | |
| **Deductions** | **12** | Section 179 deduction (attach Form 4562) | **12** | 0 |
| | **13a** | Contributions  SEE STATEMENT 2 | **13a** | 1,397 |
| | **b** | Investment interest expense | **13b** | |
| | **c** | Section 59(e)(2) expenditures: **(1)** Type ▶  **(2)** Amount ▶ | **13c(2)** | |
| | **d** | Other deductions (see instructions) Type ▶ | **13d** | |
| **Self-Employ-ment** | **14a** | Net earnings (loss) from self-employment | **14a** | |
| | **b** | Gross farming or fishing income | **14b** | |
| | **c** | Gross nonfarm income | **14c** | |
| **Credits** | **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** | Low-income housing credit (other) | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** | Other rental real estate credits (see instructions)  Type ▶ | **15d** | |
| | **e** | Other rental credits (see instructions)  Type ▶ | **15e** | |
| | **f** | Other credits (see instructions)  Type ▶ | **15f** | |
| **Foreign Transactions** | **16a** | Name of country or U.S. possession ▶ | | |
| | **b** | Gross income from all sources | **16b** | |
| | **c** | Gross income sourced at partner level | **16c** | |
| | | Foreign gross income sourced at partnership level | | |
| | **d** | Reserved for future use ▶   **e** Foreign branch category ▶ | **16e** | |
| | **f** | Passive category ▶   **g** General category ▶   **h** Other ▶ | **16h** | |
| | | Deductions allocated and apportioned at partner level | | |
| | **i** | Interest expense ▶   **j** Other ▶ | **16j** | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **k** | Reserved for future use ▶   **l** Foreign branch category ▶ | **16l** | |
| | **m** | Passive category ▶   **n** General category ▶   **o** Other ▶ | **16o** | |
| | **p** | Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | **16p** | |
| | **q** | Reduction in taxes available for credit (attach statement) | **16q** | |
| | **r** | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** | Post-1986 depreciation adjustment | **17a** | −10,675 |
| | **b** | Adjusted gain or loss | **17b** | |
| | **c** | Depletion (other than oil and gas) | **17c** | |
| | **d** | Oil, gas, and geothermal properties – gross income | **17d** | |
| | **e** | Oil, gas, and geothermal properties – deductions | **17e** | |
| | **f** | Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** | Tax-exempt interest income | **18a** | |
| | **b** | Other tax-exempt income | **18b** | |
| | **c** | Nondeductible expenses  SEE STATEMENT 3 | **18c** | 1,690 |
| | **19a** | Distributions of cash and marketable securities | **19a** | 37,430 |
| | **b** | Distributions of other property | **19b** | |
| | **20a** | Investment income | **20a** | |
| | **b** | Investment expenses | **20b** | |
| | **c** | Other items and amounts (attach statement)  SEE STATEMENT 4 | | |

DAA  Form **1065** (2019)

36777P 07/27/2021 12:01 PM

Form 1065 (2019)   **LOCAL MOTION MN LLC**   Page **5**

## Analysis of Net Income (Loss)

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | **1** | −76,731 |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | −46,038 | | | | | |
| b | Limited partners | | | −30,693 | | | |

## Schedule L — Balance Sheets per Books

| | | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 1 | Cash | | 90,179 | | 12,107 |
| 2a | Trade notes and accounts receivable | 31,566 | | 19,365 | |
| b | Less allowance for bad debts | | 31,566 | | 19,365 |
| 3 | Inventories | | 3,500 | | 2,500 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets   SEE STMT 5 (attach statement) | | 8,113 | | 8,113 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments   SEE STMT 6 (attach statement) | | 1,388,192 | | 1,384,830 |
| 9a | Buildings and other depreciable assets | 538,854 | | 582,606 | |
| b | Less accumulated depreciation | 104,412 | 434,442 | 126,633 | 455,973 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | 969,254 | | 969,254 | |
| b | Less accumulated amortization | 833 | 968,421 | 1,000 | 968,254 |
| 13 | Other assets   SEE STMT 7 (attach statement) | | 7,500 | | 5,000 |
| 14 | Total assets | | 2,931,913 | | 2,856,142 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 182,748 | | 159,338 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 679,469 | | 679,508 |
| 17 | Other current liabilities   SEE STMT 8 (attach statement) | | 322,053 | | 385,504 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | 1,747,643 | | 1,631,792 |
| 22 | Total liabilities and capital | | 2,931,913 | | 2,856,142 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | −78,421 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ | 203 | | | |
| | SEE STATEMENT 9 | 1,487 | | | |
| | | | 8 | Add lines 6 and 7 | |
| | | 1,690 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | −76,731 |
| 5 | Add lines 1 through 4 | −76,731 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 1,747,643 | 6 | Distributions: a Cash | 37,430 |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | | | |
| 3 | Net income (loss) per books | −78,421 | 7 | Other decreases (itemize): | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 | 37,430 |
| 5 | Add lines 1 through 4 | 1,669,222 | 9 | Balance at end of year. Subtract line 8 from line 5 | 1,631,792 |

DAA

Form **1065** (2019)

36777P 07/27/2021 12:01 PM

| Form **1125-A** | **Cost of Goods Sold** | |
|---|---|---|

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name
**LOCAL MOTION MN LLC**

Employer identification number

| | | | | |
|---|---|---|---|---|
| 1 | Inventory at beginning of year | | 1 | 3,500 |
| 2 | Purchases | | 2 | |
| 3 | Cost of labor | | 3 | 25,786 |
| 4 | Additional section 263A costs (attach schedule) | SEE STATEMENT 10 | 4 | 15,208 |
| 5 | Other costs (attach schedule) | SEE STATEMENT 11 | 5 | 2,050,678 |
| 6 | **Total.** Add lines 1 through 5 | | 6 | 2,095,172 |
| 7 | Inventory at end of year | | 7 | 2,500 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | | 8 | 2,092,672 |

9a   Check all methods used for valuing closing inventory:

   (i)   [X] Cost

   (ii)   [ ] Lower of cost or market

   (iii)   [ ] Other (Specify method used and attach explanation.) ▶ ..........

b   Check if there was a writedown of subnormal goods ▶ [ ]

c   Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]

d   If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |

e   If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ..... [ ] Yes   [ ] No

f   Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ..... [ ] Yes   [ ] No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

DAA

36777P 07/27/2021 12:01 PM

| **SCHEDULE B-1**<br>**(Form 1065)**<br><br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Partners Owning 50% or**<br>**More of the Partnership**<br>▶ Attach to Form 1065.<br>▶ Go to *www.irs.gov/Form1065* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership | Employer identification number (EIN) |
|---|---|
| LOCAL MOTION MN LLC | ███████ |

**Part I**    **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| LOCAL MOTION MINNESOTA INC | ███████ | CORPORATION | UNITED STATES | 60.000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**    **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

Schedule B-1 (Form 1065) (Rev. 8-2019)

DAA

36777P 07/27/2021 12:01 PM

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ► Attach to your tax return. | OMB No. 1545-0172 **2019** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment Sequence No. **179** |

Name(s) shown on return
**LOCAL MOTION MN LLC**

Identifying number ▉▉▉▉▉▉

Business or activity to which this form relates
**MOVING & STORAGE – COGS**

### Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,020,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 59,001 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,550,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 1,020,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | TRUCK & TRAILER | 59,001 | 59,001 | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 59,001 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 59,001 |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | 0 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 0 |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | 13 | 59,001 |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | 17 | 15,208 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B—Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 15,208 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.
DAA

Form **4562** (2019)

**THERE ARE NO AMOUNTS FOR PAGE 2**

36777P  LOCAL MOTION MN LLC

**Federal Statements**

7/27/2021  12:01 PM

FYE: 12/31/2019

### Statement 1 - Form 1065, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---|
| ADVERTISING & PROMOTION | $ 39,602 |
| BANK SERVICE CHARGES | 6,306 |
| DUES & SUBSCRIPTIONS | -1,000 |
| INSURANCE | 13,344 |
| OFFICE SUPPLIES | 1,032 |
| PAYROLL SERVICE | 418 |
| POSTAGE & DELIVERY | 221 |
| PRINTING & REPRODUCTION | 7,070 |
| PROFESSIONAL FEES | 13,256 |
| TECHNOLOGY FEES | 44,318 |
| TELEPHONE | 22,397 |
| TRAVEL | 29 |
| UTILITIES | 24,004 |
| CREDIT CARD PROCESSING | 76,846 |
| LICENSING FEES | 854 |
| COMMISSIONS | 86,828 |
| HEALTH INSURANCE | 35,812 |
| WAREHOUSE EXPENSE | 295 |
| MEDICAL TESTING | -1,515 |
| KLOZETS EXPENSE | -3,016 |
| MINNESOTA MINIMUM FEE | 610 |
| MEALS (50%) | 203 |
| AMORTIZATION | 167 |
| TOTAL | $ 368,081 |

1

36777P  LOCAL MOTION MN LLC

█████████

FYE: 12/31/2019

# Federal Statements

7/27/2021  12:01 PM

### Statement 2 - Form 1065, Schedule K, Line 13a - Contributions

| Description | 100% | 60% | 50% | 30% | 20% | Total |
|---|---|---|---|---|---|---|
| MISCELLANEOUS | $ | $ 1,397 | $ | $ | $ | $ 1,397 |
| TOTAL | $ 0 | $ 1,397 | $ 0 | $ 0 | $ 0 | $ 1,397 |

36777P  LOCAL MOTION MN LLC

**Federal Statements**

7/27/2021  12:01 PM

FYE: 12/31/2019

### Statement 3 - Form 1065, Schedule K, Line 18c - Nondeductible Expenses

| Description | | Amount |
|---|---|---|
| NONDEDUCTIBLE MEALS | $ | 203 |
| PAYROLL TAX PENALTIES | | |
| OFFICER LIFE INSURANCE | | 1,487 |
| TOTAL | $ | 1,690 |

### Statement 4 - Form 1065, Schedule K, Line 20c - Other Items and Amounts

| Description | Amount |
|---|---|
| SEE ATTACHED SECTION 199A INFORMATION WORKSHEET | $ |

### Statement 5 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| EMPLOYEE ADVANCES | $ 8,113 | $ 8,113 |
| TOTAL | $ 8,113 | $ 8,113 |

### Statement 6 - Form 1065, Schedule L, Line 8 - Other Investments

| Description | Beginning of Year | End of Year |
|---|---|---|
| NETSIRV INVESTMENT | $ 1,384,830 | $ 1,384,830 |
| KLOSETS INVESTMENT | 3,362 | 0 |
| TOTAL | $ 1,388,192 | $ 1,384,830 |

### Statement 7 - Form 1065, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| SECURITY DEPOSIT | $ 5,000 | $ 5,000 |
| DUE FROM SHAREHOLDER GU | 2,500 | 0 |
| TOTAL | $ 7,500 | $ 5,000 |

36777P  LOCAL MOTION MN LLC

7/27/2021  12:01 PM

## Federal Statements

FYE: 12/31/2019

### Statement 8 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| ACCRUED PAYROLL | $ 306,725 | $ 382,904 |
| CUSTOMER DEPOSITS | 12,987 | |
| OTHER CURRENT LIABILITIES | 351 | |
| MN MINIMUM FEE PAYABLE | 1,990 | 2,600 |
| TOTAL | $ 322,053 | $ 385,504 |

### Statement 9 - Form 1065, Schedule M-1, Line 4 - Expenses Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| PAYROLL TAX PENALTIES | $ |
| OFFICER LIFE INSURANCE | 1,487 |
| TOTAL | $ 1,487 |

36777P  LOCAL MOTION MN LLC

**Federal Statements**

7/27/2021  12:01 PM

FYE: 12/31/2019

### Statement 10 - Form 1125-A, Line 4 - Additional Section 263A Costs

| Description | Amount |
|---|---|
| DEPRECIATION | $ 15,208 |
| TOTAL | $ 15,208 |

### Statement 11 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| CLAIMS LOSS REFUNDS | $ 4,212 |
| FIELD COMMUNICATIONS | 3,601 |
| INSURANCE | 108,059 |
| OUTSIDE SERVICES | 1,858,875 |
| PAYROLL TAXES | 614 |
| EQUIPMENT & TRUCK LEASE | 86,823 |
| SUPPLIES | -2,175 |
| VEHICLE FUEL | -6,118 |
| VEHICLE LICENSES | 1,171 |
| PROMOTIONAL DISCOUNTS | 4,281 |
| PROVIDER INCIDENT | -1,900 |
| OTHER MOVING EXPENSES | -6,765 |
| TOTAL | $ 2,050,678 |

10-11

36777P  LOCAL MOTION MN LLC

FYE: 12/31/2019

7/27/2021  12:01 PM

# Federal Statements
## LOCAL MOTION MINNESOTA INC

### Schedule K-1, Item L - Partner's Capital Account Analysis

Description

CAPITAL ACCOUNT ACCOUNTING METHOD: TAX BASIS

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | | Amount |
|------|-------------|------|--------|
| C | OFFICER LIFE INSURANCE | $ | 892 |
| C | NONDEDUCTIBLE MEALS | | 122 |

### Schedule K-1, Line 20AH - Additional Supplemental Information

Description

ANALYSIS OF AT RISK VERSUS NOT AT RISK LIABILITIES

| | AT RISK | NOT AT RISK |
|------|---------|-------------|
| NONRECOURSE | 0 | 325,345 |
| QUALIFIED NONRECOURSE | 0 | 0 |
| RECOURSE | 409,265 | 0 |

| | |
|------|------|
| 8990 GROSS RECEIPTS FOR 2018 | 2,933,114 |
| 8990 GROSS RECEIPTS FOR 2017 | 2,311,749 |

36777P  LOCAL MOTION MN LLC

**Federal Statements**

7/27/2021  12:01 PM

FYE: 12/31/2019

**YUE PAN**

### Schedule K-1, Item L - Partner's Capital Account Analysis

Description

CAPITAL ACCOUNT ACCOUNTING METHOD: TAX BASIS

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|--------|
| C | OFFICER LIFE INSURANCE | $ 298 |
| C | NONDEDUCTIBLE MEALS | 41 |

### Schedule K-1, Line 20AH - Additional Supplemental Information

Description

ANALYSIS OF AT RISK VERSUS NOT AT RISK LIABILITIES

|  | AT RISK | NOT AT RISK |
|--|---------|-------------|
| NONRECOURSE | 0 | 108,449 |
| QUALIFIED NONRECOURSE | 0 | 0 |
| RECOURSE | 136,422 | 0 |

| | |
|--|--|
| 8990 GROSS RECEIPTS FOR 2018 | 977,705 |
| 8990 GROSS RECEIPTS FOR 2017 | 770,583 |

| 36777P  LOCAL MOTION MN LLC | | 7/27/2021  12:01 PM |
|---|---|---|

**Federal Statements**
**HONGXING CHEN**
**Applied For**

FYE: 12/31/2019

---

### Schedule K-1, Item L - Partner's Capital Account Analysis

#### Description

CAPITAL ACCOUNT ACCOUNTING METHOD: TAX BASIS

---

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | | Amount |
|---|---|---|---:|
| C | OFFICER LIFE INSURANCE | $ | 297 |
| C | NONDEDUCTIBLE MEALS | | 40 |

---

### Schedule K-1, Line 20AH - Additional Supplemental Information

#### Description

ANALYSIS OF AT RISK VERSUS NOT AT RISK LIABILITIES

| | AT RISK | NOT AT RISK |
|---|---:|---:|
| NONRECOURSE | 0 | 108,448 |
| QUALIFIED NONRECOURSE | 0 | 0 |
| RECOURSE | 136,421 | 0 |

| | | |
|---|---|---:|
| 8990 GROSS RECEIPTS FOR 2018 | | 977,705 |
| 8990 GROSS RECEIPTS FOR 2017 | | 770,583 |

Year Ending: December 31, 2019



LOCAL MOTION MN LLC
8625 MONTICELLO LANE NORTH
Maple Grove, MN 55369

## Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election to all qualifying property placed in service during the tax year.