**Local Motion MN, LLC**
**Income Statement**
**01/01/2021 - 07/31/2021**

| Income | Amount |
|---|---:|
| 3000 - Moving Services | 1,827,303.97 |
| 3300 - Warehouse Storage | 205,647.01 |
| 3125 - SI Fee | 49,678.96 |
| 3575 - CC Convenience Fee | 43,288.10 |
| 3150 - Coverage Plans | 19,229.55 |
| 3100 - Moving Supplies | 2,846.32 |
| 3350 - Storage Access Assistance | 51.00 |
| **Total Revenue** | **2,148,044.91** |

| Expense | Amount |
|---|---:|
| 4317 - Contract Services - Ops | 940,873.74 |
| 6010 - Management Salaries | 195,756.68 |
| 4228 - Ryder Fleet Lease | 125,715.11 |
| 6055 - Sales Commissions | 101,023.73 |
| 6011 - Administration Salaries | 72,844.81 |
| 6400 - Office Rent | 57,110.22 |
| 6200 - Advertising | 44,909.35 |
| 4318 - Contract Services - Sales Op | 44,731.40 |
| 6000 - Officer Salary | 37,600.00 |
| 6115 - Member Health Care | 37,525.29 |
| 4125 - Commercial Auto Insurance | 32,787.17 |
| 6310 - Legal & Professional | 27,561.00 |
| 6100 - Payroll Taxes - Administrative | 26,353.35 |
| 4010 - Moving Supervisor Wages | 25,500.00 |
| 6991 - Bad or Uncollectable Debts | 24,919.94 |
| 6300 - Insurance - General Liability | 18,689.32 |
| 6421 - Office Communications | 15,551.53 |
| 4310 - Field Supplies | 13,083.94 |
| 4100 - Payroll Taxes - Operations | 11,633.00 |
| 6060 - Storage Commission | 10,810.00 |
| 6065 - SI Commission | 10,786.20 |
| 6015 - Sales Salaries | 10,360.00 |
| 4229 - Truck Lease - 6622 | 52,773.00 |
| 4260 - Warehouse Cost | 6,165.81 |
| 4250 - Field Communications | 5,984.00 |
| 4320 - Uniforms and Apparel | 5,837.40 |
| 6992 - Clerical Error/Funds Transfer | 5,035.10 |
| 4200 - Truck Fuel | 4,486.99 |
| 4315 - Moving Equipment Rental | 4,047.24 |
| 6430 - Utilities - Office | 3,740.53 |
| 6505 - Traveling and Mileage | 3,680.99 |
| 6600 - Office Supplies | 3,501.47 |
| 4270 - Claims, Loss and Refunds | 3,354.00 |
| 6425 - Security and Protection | 3,027.00 |
| 4330 - Field Supplies | 3,024.32 |
| 6500 - Meals and Entertainment | 2,502.12 |
| 6110 - Member Benefits | 2,305.17 |
| 6215 - Promotional Discounts | 2,201.37 |
| 4220 - Repairs & Maintenance - Vehicles | 1,738.77 |
| 6610 - Computer  Supplies | 1,537.54 |
| 6950 - Bank and Finance Fees | 722.09 |
| 4400 - Purchase Transportation | 710.00 |
| 6611 - Software Subscriptions | 609.75 |
| 6330 - Payroll Service | 348.00 |
| 6135 - Company Events | 300.00 |
| 6075 - Administrative Reimbursement | 252.35 |
| 6620 - Specialty Printing | 238.73 |
| 4211 - Licensing Fees | 120.00 |
| 6605 - Postage & Shipping | 30.11 |
| 4335 - Other Moving Realted Expenses | -430.02 |
| **Total Expenses** | **2,003,969.61** |
| | |
| **Net Profit/(Loss)** | **144,075.30** |