UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                      Case No.



Debtor(s).


**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION,
LISTS, SCHEDULES AND STATEMENTS**

1.    Attached to this form are the following amended documents:

☐ Petition
☐ Schedule A/B
☐ Schedule C
☐ Schedule D
☐ Schedule E/F
☐ Schedule G
☐ Schedule H
☐ Schedule I
☐ Schedule J
☐ Schedule J-2
☐ Summary of assets and liabilities and certain statistical information (note that
    this Summary MUST BE submitted with any amended schedule)
☐ Statement of financial affairs
☐ Statement of intention
☐ Statement of current monthly income/means test calculation
☐ Other (specify):



2.    For each amended document attached, clearly identify all changes (additions and
      deletions) to the amended document when compared with the original or most
      recent amendment:

**Fill in this information to identify the case:**

Debtor name   **LOCAL MOTION MN, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **21-31539 KAC**

☑ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...................................................................................................   $ **0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...................................................................................................   $ **430,142.37**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...................................................................................................   $ **430,142.37**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ **520,567.48**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $ **658,872.05**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ **2,872,345.08**

4.  **Total liabilities** ...................................................................................................................................
Lines 2 + 3a + 3b   $ **4,051,784.61**

**Fill in this information to identify the case:**

Debtor name    **LOCAL MOTION MN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **21-31539 KAC**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **8625 MONTICELLO, LLC**<br>Creditor's Name<br><br>**27150  EDGEWOOD RD**<br>**Excelsior, MN 55331**<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**03/13/2019**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**UCC-1 FILING - BLANKET LIEN ON ALL ASSETS**<br><br><br>**Describe the lien**<br>**UCC-1 FINANCING STATEMENT (2ND POSITION)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $254,768.80 | Unknown |
| **2.2**   **RICHARD H NICHOLSON**<br>Creditor's Name<br>**AS COLLATERAL AGENT**<br>**6 WEST FIFTH STREET**<br>**STE 200**<br>**Saint Paul, MN 55102**<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**09/24/2018**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**UCC-1 FILING - BLANKET LIEN ON ALL ASSETS**<br><br><br>**Describe the lien**<br>**UCC-1 FINANCING STATEMENT (1ST POSITION)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $265,798.68 | $265,798.68 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **LOCAL MOTION MN, LLC** | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$520,567.48**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **LOCAL MOTION MN, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **21-31539 KAC**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**BILL APPLE**<br>**1308 W FAIR AVE**<br>**Marquette, MI 49855** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,029.62** | **$4,029.62** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**WAGES** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**BILLIE LUPTON**<br>**1184 WOODS CREED DR**<br>**Delano, MN 55328** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,846.02** | **$2,846.02** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**WAGES** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **LOCAL MOTION MN, LLC** | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|

**2.3** Priority creditor's name and mailing address

**BRENT EVENSON
607 WASHINGTON AVE N
Minneapolis, MN 55401**

As of the petition filing date, the claim is:     **$2,500.00**     **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.4** Priority creditor's name and mailing address

**CHRIS TURNER
6200 65TH AVE N UNIT 108
BROOKLYN PARK, MN 55429**

As of the petition filing date, the claim is:     **$3,380.00**     **$3,380.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.5** Priority creditor's name and mailing address

**CRAIG NESTER
3530 HAZEL TRAIL UNIT C
WOODBURY, MN 55129**

As of the petition filing date, the claim is:     **$5,687.54**     **$5,687.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.6** Priority creditor's name and mailing address

**DAVID SEELEY
18219 TRISTAM WAY
EDEN PRAIRIE, MN 55436**

As of the petition filing date, the claim is:     **$5,610.00**     **$5,610.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **LOCAL MOTION MN, LLC** | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$515.08** | **$515.08** |
|---|---|---|---|---|

**EVAN VOXLAND**
**11105 CARVER CT**
**Burnsville, MN 55337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$550,000.00** | **$550,000.00** |
|---|---|---|---|---|

**IRS**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY TAXES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,775.54** | **$3,775.54** |
|---|---|---|---|---|

**JUSTIN CHRISTENSON**
**7800 PEARSON WAY**
**FRIDLEY, MN 55432**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,383.84** | **$3,383.84** |
|---|---|---|---|---|

**LAMONTA DENSON**
**6500 67TH AVE**
**BROOKLYN PARK, MN 55428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **LOCAL MOTION MN, LLC** | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,979.50 | $2,979.50 |
|---|---|---|---|---|

**LAURIE DAHL**
**8805 NORWAY ST NW**
**COON RAPIDS, MN 55433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,695.74 | $3,695.74 |
|---|---|---|---|---|

**LEONE TORRES OMANA**
**4555 AUGUST WAY**
**Inver Grove Heights, MN 55077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,197.85 | $7,197.85 |
|---|---|---|---|---|

**MICACHEL LUPTON**
**1184 WOOD CREEK DR**
**Delano, MN 55328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,575.97 | $17,610.85 |
|---|---|---|---|---|

**MINNESOTA DEPT OF REV**
**COLLECTION DIVISION**
**PO BOX 64564**
**Saint Paul, MN 55164-0564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES TAX**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **LOCAL MOTION MN, LLC** | | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|---|
| | Name | | | |

**2.15** Priority creditor's name and mailing address

**MITCHEL RITTENHOUSE**
**5036 E CORY**
**Cave Creek, AZ 85331**

As of the petition filing date, the claim is: **$27,835.35**   **$13,650.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY WAGE CLAIM**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.16** Priority creditor's name and mailing address

**MOLLY SEELEY**
**22760 GALPIN LN**
**SHOREWOOD, MN 55331**

As of the petition filing date, the claim is: **$5,610.00**   **$5,610.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.17** Priority creditor's name and mailing address

**ROB STINAR**
**17433 GOODLAND PATH**
**Lakeville, MN 55044**

As of the petition filing date, the claim is: **$5,250.00**   **$5,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY WAGES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**8625 MONTICELLO, LLC**
**27150  EDGEWOOD RD**
**Excelsior, MN 55331**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$450,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **UNSECURED/JUDGMENT LIEN (THIS CLAIM IS SUBJECT TO THE LANDLORD CAP, 502(b)(6)**

Is the claim subject to offset? ■ No   ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**AHLGREN LAW OFFICE**
**220 WEST WASHINGTON AVE STE 105**
**Fergus Falls, MN 56537**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **LOCAL MOTION MN, LLC** | | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,233.88** |
|---|---|---|---|
| | **AJ MIDWEST**<br>**14675 CHICAGO AVE UNIT NO 2**<br>**Burnsville, MN 55306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  CONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|
| | **AMERICAN EXPRESS**<br>**PO BOX 981535**<br>**El Paso, TX 79998-1535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  CREDIT CARD** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|
| | **ANNA CHEN**<br>**6136 WATERMAN BLVD**<br>**Saint Louis, MO 63113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  UNSECURED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,789.84** |
|---|---|---|---|
| | **ASSURANCE TRANSFER LLC**<br>**2132 EMERSON RD S**<br>**Cambridge, MN 55008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  CONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,647.90** |
|---|---|---|---|
| | **B & J MOVING**<br>**2507 WOODBRIDGE ST**<br>**ROSEVILLE, MN 55113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  CONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BLOCK BUILDERS LLP**<br>**7500 27TH ST W**<br>**ST. LOUIS PARK, MN 55426** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  FORMER COMMERCIAL LANDLORD** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,508.30** |
|---|---|---|---|
| | **BUSINESS CENTERS**<br>**6327 CAMBRIDGE ST.**<br>**ST. LOUIS PARK, MN 55416** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  UNSECURED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **LOCAL MOTION MN, LLC** | | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,800.00** |
|---|---|---|---|
| | **CHALMERS & COMPANY, PLLC** | ☐ Contingent | |
| | **5810 W 78TH ST. SUITE 100** | ☐ Unliquidated | |
| | **Minneapolis, MN 55439** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **CHRISTOFFEL & ELLIOTT, PA** | ☐ Contingent | |
| | **CHARLES E. KEENAN** | ☐ Unliquidated | |
| | **UBS PLAZA 444 CEDAR ST., STE 1111** | ☐ Disputed | |
| | **Saint Paul, MN 55101** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE__ | |
| | Last 4 digits of account number __0395__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,923.50** |
|---|---|---|---|
| | **COPLEN MOVING** | ☐ Contingent | |
| | **1432 COUNTY RD B WEST** | ☐ Unliquidated | |
| | **ROSEVILLE, MN 55113** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __CONTRACTOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,920.20** |
|---|---|---|---|
| | **DIESEL MINNESOTA** | ☐ Contingent | |
| | **1743 COUNTY RD C WEST** | ☐ Unliquidated | |
| | **ROSEVILLE, MN 55113** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$278,000.00** |
|---|---|---|---|
| | **FSM HOLDINGS LLC** | ☐ Contingent | |
| | **4600 TOWSON AVE** | ☐ Unliquidated | |
| | **Fort Smith, AR 72901** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __JUDGMENT__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$341,149.00** |
|---|---|---|---|
| | **GARY AND JEANNIE SMITH** | ☐ Contingent | |
| | **2935 AUTUMN WOODS** | ☐ Unliquidated | |
| | **Chaska, MN 55318** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,200.00** |
|---|---|---|---|
| | **HOGLAND BODY & EQUIPMENT INC** | ☐ Contingent | |
| | **307 CHELSEA RD.** | ☐ Unliquidated | |
| | **PO BOX 1147** | ☐ Disputed | |
| | **Monticello, MN 55362** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __UNSECURED__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **LOCAL MOTION MN, LLC** | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **JEFF GU** | ☐ Contingent | |
| | **260 PINE HOLLOW DR** | ☐ Unliquidated | |
| | **Circle Pines, MN 55014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: UNSECURED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,478.09** |
|---|---|---|---|
| | **JMG MOVING** | ☐ Contingent | |
| | **322 19 1/2 AVE N** | ☐ Unliquidated | |
| | **Saint Cloud, MN 56303** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: CONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,693.53** |
|---|---|---|---|
| | **LIGHTNING PRINTING INC** | ☐ Contingent | |
| | **DBA WALLACE CARLSON PRINTING** | ☐ Unliquidated | |
| | **10825 GREENBRIER RD** | ☐ Disputed | |
| | **MINNETONKA, MN 55305** | | |
| | Date(s) debt was incurred _ | **Basis for the claim: JUDGMENT /UNSECURED** | |
| | Last 4 digits of account number **1579** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,360.12** |
|---|---|---|---|
| | **LIVGARD & LLOYD PLLP** | ☐ Contingent | |
| | **2520 UNIVERSITY AVE. SE #202** | ☐ Unliquidated | |
| | **Minneapolis, MN 55414** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: UNSECURED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,983.03** |
|---|---|---|---|
| | **M2 LEASE FUNDS LLC** | ☐ Contingent | |
| | **175 N. PATRICK BLVD., SUITE 140** | ☐ Unliquidated | |
| | **Brookfield, WI 53045** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: UNSECURED - LED LIGHTING, LEFT BEHIND AT FORMER LEASED SPACE** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,228.94** |
|---|---|---|---|
| | **METRO MUSCLE MOVING** | ☐ Contingent | |
| | **14332 HEYWOOD AVE** | ☐ Unliquidated | |
| | **APPLE VALLEY, MN 55124** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: CONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$249,985.00** |
|---|---|---|---|
| | **MITCHEL RITTENHOUSE** | ☐ Contingent | |
| | **5036 E CORY** | ☐ Unliquidated | |
| | **Cave Creek, AZ 85331** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: UNSECURED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **LOCAL MOTION MN, LLC** | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,236.26** |
|---|---|---|---|

**MOVE DEPOT**
**8805 NORWAY ST**
**COON RAPIDS, MN 55433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTOR**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97,500.00** |
|---|---|---|---|

**NETSIRV TECHNOLOGY**
**18219 TRISTRAM WAY**
**EDEN PRAIRIE, MN 55346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400,000.00** |
|---|---|---|---|

**PAN YUE**
**3824 WELCOME AVE N**
**CRYSTAL, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$818.80** |
|---|---|---|---|

**PREMIUM MOVING**
**949 SCHALLER DR**
**MAPLEWOOD, MN 55119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTOR**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,875.00** |
|---|---|---|---|

**PROGRESSIVE CONVERTING**
**PRO-CON**
**13100 12TH AVE N STE 2**
**PLYMOUTH, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,284.22** |
|---|---|---|---|

**PROVIDENCE GROUP**
**14338 COSETTE WAY**
**Hugo, MN 55038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONTRACTOR**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,293.62** |
|---|---|---|---|

**RAB ACCOUNTING & CONSULTING LLC**
**PO BOX 447**
**Mound, MN 55364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9419**

Basis for the claim:  **JUDGMENT**

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **LOCAL MOTION MN, LLC** | | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,312.82** |
|---|---|---|---|
| | **RESCUE CREW** | ☐ Contingent | |
| | **6200 65TH AVE N STE 108** | ☐ Unliquidated | |
| | **BROOKLYN PARK, MN 55429** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00** |
|---|---|---|---|
| | **RING CENTRAL** | ☐ Contingent | |
| | **20 DAVIS DRIVE** | ☐ Unliquidated | |
| | **Belmont, CA 94002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **UNSECURED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **ROB STINAR** | ☐ Contingent | |
| | **17433 GOODLAND PATH** | ☐ Unliquidated | |
| | **Lakeville, MN 55044** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **UNSECURED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|
| | **STEVEN E BOYNTON** | ☐ Contingent | |
| | **ATTORNEY AT LAW** | ☐ Unliquidated | |
| | **400 S 4TH ST STE 1012** | ☐ Disputed | |
| | **Minneapolis, MN 55415** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **ATTORNEY FEES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SUMMIT ACCOUNT RESOLUTION** | ☐ Contingent | |
| | **PO BOX 131** | ☐ Unliquidated | |
| | **Champlin, MN 55316-0131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **COLLECTION: HOGLUND BODY & EQUIPMENT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|
| | **US SMALL BUSINESS ADMIN** | ■ Contingent | |
| | **MINNESOTA DISTRICT OFFICE** | ☐ Unliquidated | |
| | **330 2nd AVE S STE 430** | ☐ Disputed | |
| | **Minneapolis, MN 55401-2224** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **UNSECURED / PPP LOAN** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,017.03** |
|---|---|---|---|
| | **WILBUILT MOVERS** | ☐ Contingent | |
| | **3001 NEWTON AVE N** | ☐ Unliquidated | |
| | **Minneapolis, MN 55411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CONTRACTOR** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LOCAL MOTION MN, LLC** | Case number (if known) | **21-31539 KAC** |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WILLIAM J. FLEMING**
**FLEMING LAW FIRM, PLLC**
**4665 WHITE BEAR PARKWAY**
**White Bear Lake, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,605.00** |
|---|---|---|---|

**WINTHROP AND WEINSTINE**
**ATTN ACCOUNTS PAYABLE**
**225 South Sixth Street STE 3500**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **UNSECURED**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 658,872.05 |
| **5b. Total claims from Part 2** | 5b. **+** | $ | 2,872,345.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **3,531,217.13** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                          Case No.

**LOCAL MOTION MN, LLC**

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1.    The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2.    The  Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3.    [individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4.    I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5.    My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.    [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date:  **October 12, 2021**

X _____          X _____
Signature of Debtor1 or Authorized
Representative                                                 Signature of Debtor 2

**MITCHEL RITTENHOUSE, CFO**
Printed Name of Debtor 1 or                            Printed Name of Debtor 2
Authorized Representative