RECEIVED

*Jan 26, 2022*

JAN 2 4 2022    *KB*

TIME: 430 pm

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Local Motion MN, LLC,

Debtor.

Chapter 11 – Sub V
Case No. 21-31539

---

## OBJECTION TO DISCHARGE OF BANKRUPTCY
## UNDER SUBCHAPTER V OF CHAPTER 11

---

This objection is filed by Molly Seeley, the true owner of Local Motion Holdings, Inc. (aka Local Motion Minnesota, Inc.). I am Objecting to the Discharge of Bankruptcy of Local Motion Mn LLC. For purposes of this motion, Local Motion Holdings, Inc. (aka Local Motion Minnesota, Inc.) will be referred to as the "Company." As shown in the proposed bankruptcy plan, the Company is the controlling owner of a 60% interest in Local Motion MN, LLC (the "Debtor").

### BACKGROUND

The Company was originally organized as a Minnesota Business Corporation on December 26, 2014. (*See Ex. 1.*) On January 8, 2015, the Company changed its name to Local Motion Holdings, Inc. *Id.* This same day, the Debtor was created as a Delaware limited liability company and, subsequently, the Company took on two foreign investors, through the EB-5 program, so that the Company would own 60% of the Debtor and the two investors would own collectively 40% of the Debtor, 20% each.

As shown by the assumed name filing, the Company is also known as "Local Motion Minnesota, Inc.". (*See Ex. 2.*)

At all times, I am and have been the controlling owner of the Company. This is demonstrated by the K-1's for 2015, 2016, 2017 and 2018. (*See Ex. 3.*) While these K-1's use the name Local Motion Minnesota Inc., and the Company changed its name to Local Motion Holdings, Inc., at all times the Company's employer identification number has remained 81-4950229.

At no time following 2018 have I transferred any ownership interest in the Company, or have authorized any other party to act on my behalf. It is possible that 2019 and 2020 tax returns have recently been filed, purportedly on behalf of the Company, but those tax returns (if filed) were not authorized by me. At no point have I, Molly Seeley, as the controlling shareholder of the Company and the 60% owner of the Debtor, authorized the Debtor's bankruptcy. I have never wanted My Businesses to file Bankruptcy, nor have I ever wanted to file personal Bankruptcy.

In 2017, my Husband at the time, David Seeley, met with Justin Christenson, about bringing him onboard to the company to help grow the Company, as Mr. Christenson promised. David Seeley had promised Mr. Christenson future ownership shares if Mr. Christenson followed through on helping grow the Company. Mr. Christenson is attempting through this Bankruptcy case a takeover of My company.

Mitchel Rittenhouse was brought on as a partner to Netsirv, LLC in 2017. Netsirv, LLC, is the company David Seeley and I had started, through money invested by Local Motion Minnesota Inc. Mitchel Rittenhouse was never brought on as an owner

of Local Motion MN LLC, Local Motion Minnesota INC, now known as Local Motion

Holdings INC.  Prior to the filing date of this Bankruptcy, the last tax filings of Local

Motion MN LLC, and Local Motion Holdings INC, and my personal filings, was for the

year 2018.(See Ex. 3) These filings, after having been submitted over four years and

never having been audited, codifies that I, Molly Seeley, own 100% of Local Motion

Holdings, INC, a company that has a controlling stake of Local Motion MN LLC, with a

60% share. Mr. Rittenhouse has submitted since the filing of this Bankruptcy that he

was 5% owner of Local Motion Holdings INC, in 2019, and 23.75% owner in 2020. I

have never signed over any controlling ownership to Mitchel Rittenhouse of any

company with the name of Local Motion in it.  Mr. Rittenhouse was questioning who

actually owns Local Motion Holdings INC, in September of 2020. In an email, to the

collective parties listed as "Debtors in Possession," Mr. Rittenhouse provided proof that

he knew in 2020 that he was not an owner of any company with the name of Local

Motion in it. (See Ex. 4 )

Craig Nester was brought in to work for the Company by Justin Christenson and

on Mr. Christenson's recommendation. I have never assigned to or transferred to Mr.

Nester any ownership or shares of any Company I am an owner of, affiliated with, or

founder of. Mr. Nester has now attempted to add himself in the 2020 tax returns for

Local Motion Holdings, INC, as a 5% owner, after the Bankruptcy initial filing.  Mr.

Nester was agreed to be brought into the Company as an employee to the title of Vice-

President of Business Development.

At the time of the filing of this Bankruptcy, I, Molly Seeley, was listed as an owner. Since the commencement of this Bankruptcy, the claimed owner's of the Debtor, held a private meeting without me, voting me out of the "Company" and any affiliates of the Debtor, and that they would absorb all of my shares without buyout needed as the Debtor company shows negative value. In the document served to myself on 10/12/2021, it is stated that I am voted out of the "Company" and any of the "Company's" affiliates, and furthermore the "owner's" said they no longer wish to have me employed by the "Company." (See Ex.5) I have not received a paycheck after 10/13/2021. As the Chief Compliance Officer of Local Motion MN LLC, I have worked more than overtime every week since this Bankruptcy was filed to make sure it has been done in compliance to "Company" Policies and the Law. The claimed owner's of the Debtor in this Bankruptcy have said they have terminated my position in the company and therefore I was denied my salary during this Bankruptcy. The four individuals have done everything they can to keep me away from finding out about them filing Bankruptcy on My Companys' Behalf. My soon to be Ex- Husband, Mr. Seeley has tried to have me sign Tax documents, for the Fiscal Year of 2019, without showing me the whole Tax Filing, in July of 2021. I refused to sign any of the documents as to not knowing what else was entered into these filings. The four individuals removed me from our weekly meetings in May of 2021. They also removed my access to the Company's Bank Account on July 23rd of 2021.(See Ex. 6) I was never notified or informed that the four individuals were filing bankruptcy prior to September 15, 2021, five days after the

initial filing. Mr. Seeley also canceled our Trademark then proceeded to allow Justin Christenson use it in other LLC's using Local Motion in its name. (See Ex. 7)

I have been involved with running and operating Local Motion as name Doing Business AS, since 2000. David Seeley started Local Motion in 1994. The controlling Company of Local Motion, was DAKT, Enterprises, which Mr. Seeley was 100% owner of. In 2014, Mr. Seeley transferred 100% ownership of DBA Local Motion, to the Entity name of Local Motion Minnesota INC. Mr. Seeley transferred ownership over to a new entity as to the future involvement with the EB- 5 Program. As to reason of 100% transfer over to myself, Mr. Seeley at the time had very poor credit, and that for the Company to continue on it would be easier to get loans and credit if the business had a clean credit history.

I have been involved in the everyday operations of the Company since 2000. I have been involved with many new and creative ways that have helped grow the Company to a Five Million Dollar a Year company. I am the Inventor and have a Patent on a Photo Storage Operation that has changed the entire Moving and Storage Industry.(See Ex. 8) I have been directly involved with the planning, design and testing of this Patent to have Local Motion MN LLC, be the first and only Moving company allowed to use a Photo Storage Option. A major part of the Company's Business is Storage. I was voted as 1 of the Top 50 Business Women in 2017, as a major reason was because of my contributions to the Company and the Moving and Storage Industry.

# **OBJECTION**

I, Molly Seeley, Object to the purported Debtor's <u>DISCHARGE OF BANKRUPTCY,</u> because (i) the "Debtor's" bankruptcy was not properly authorized, and (ii) the "Debtor" does not have authority to continue operation of the Company or any company Doing Business As with the name of Local Motion in it. Under Bankruptcy Code 727-A, the Debtor should be Denied Discharge, as to having knowingly and fraudulently deceived the Court and the Creditors. To the extent the "Debtor" had authority to file the bankruptcy or to propose a plan, I, as the controlling shareholder of the Company, both individually and on behalf of the Company withdraw that authority. I further remove all "Officers"/original petitioners of the Company as well as Termination of Employment, effective Immediately, and inform attorney John D. Lamey, III, that he is to withdraw the current, proposed Plan of Reorganization, Discharge of Bankruptcy, and to withdraw representation immediately, as to not having the proper authorization to act on behalf of the "Debtor."

## CONCLUSION

1.     For all the reasons set forth above, I request that the Bankruptcy Case

for Local Motion MN LLC, be DISMISSED.


Dated: January 19, 2022                    _____

Molly Seeley

*Exhibit 1*

## Business Record Details »

Minnesota Business Name
# Local Motion Holdings, Inc.

**Business Type**
Business Corporation (Domestic)

**File Number**
801612200021

**Filing Date**
12/26/2014

**Renewal Due Date**
12/31/2022

**Number of Shares**
1000000

**Principal Executive Office Address**
2500 Walnut Street Suite 300
Roseville, MN 55113–5511
United States

**MN Statute**
302A

**Home Jurisdiction**
Minnesota

**Status**
Active / In Good Standing

**Registered Office Address**
2700 Minnehaha #200
Mpls, MN 55406
USA

**Registered Agent(s)**
(Optional) Currently No Agent

**Chief Executive Officer**
Mitchel Rittenhouse
2500 Walnut Street Suite 300
Roseville, MN 55113–5511
United States

Filing History

# Filing History

**Select the item(s) you would like to order:**   Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 12/26/2014 | Original Filing - Business Corporation (Domestic) (Business Name: Local Motion Minnesota, Inc.) | |
| ☐ | 1/8/2015 | Amendment - Business Corporation (Domestic) (Business Name: Local Motion Holdings, Inc.) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 2/27/2017 | Administrative Dissolution - Business Corporation (Domestic) | |
| ☐ | 10/21/2021 | Annual Reinstatement - Business Corporation (Domestic) | |

© 2022 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

☒ Subscribe for email updates!

Ex: 2

## Business Record Details »

Minnesota Business Name
# Local Motion Minnesota, Inc.

**Business Type**
Assumed Name

**File Number**
1265380100026

**Filing Date**
10/21/2021

**Renewal Due Date**
12/31/2023

**MN Statute**
333

**Home Jurisdiction**
Minnesota

**Status**
Active / In Good Standing

**Principal Place of Business Address**
2500 Walnut Suite 300
2500
Roseville, MN 55113-5511
United States

**Nameholder**

Local Motion Holdings, Inc.

**Nameholder Address**

2500 Walnut Suite 300, 2500, Roseville, MN 55113 – 5511

Filing History

# Filing History

**Select the item(s) you would like to order:**   Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 10/21/2021 | Original Filing - Assumed Name (Business Name: Local Motion Minnesota, Inc.) | |

© 2022 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

⊠ Subscribe for email updates!

| | | | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax
year beginning _____
ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer Identification number
**81-4950229**

**B** Corporation's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA INC**

**18219 TRISTRAM WAY**
**EDEN PRAIRIE          MN  55346**

**C** IRS Center where corporation filed return
**e-file**

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
**MOLLY M SEELEY**
**18219 TRISTRAM WAY**

**EDEN PRAIRIE          MN  55346**

**F** Shareholder's percentage of stock
ownership for tax year .......................... **100.000000 %**

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **282,325** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income **143** | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 **F*** | Alternative minimum tax (AMT) items **6,257** |
| 11 | Section 179 deduction **56,437** | 16 **C*** | Items affecting shareholder basis **52,165** |
| 12 **A** | Other deductions **37** | | |
| | | 17 **A** | Other information **143** |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S. IRS.gov/form1120s          Schedule K-1 (Form 1120S) 2016

DAA

Ex 3

671117

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

# Schedule K-1
## (Form 1120S)
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax year

beginning _____ ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

### Part I  Information About the Corporation

**A** Corporation's employer identification number
**\*\*-\*\*\*0229**

**B** Corporation's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA INC**

**18219 TRISTRAM WAY**
**EDEN PRAIRIE          MN  55346**

**C** IRS Center where corporation filed return
**E-FILE**

### Part II  Information About the Shareholder

**D** Shareholder's identifying number
**\*\*\*-\*\*-0843**

**E** Shareholder's name, address, city, state, and ZIP code
**MOLLY M SEELEY**
**18219 TRISTRAM WAY**

**EDEN PRAIRIE          MN  55346**

**F** Shareholder's percentage of stock ownership for tax year ............. **100.000000 %**

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) **-136,285** | **13** Credits  **O**  **33,749** |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | |
| **4** Interest income | |
| **5a** Ordinary dividends | |
| **5b** Qualified dividends | **14** Foreign transactions |
| **6** Royalties | |
| **7** Net short-term capital gain (loss) | |
| **8a** Net long-term capital gain (loss) | |
| **8b** Collectibles (28%) gain (loss) | |
| **8c** Unrecaptured section 1250 gain | |
| **9** Net section 1231 gain (loss) | |
| **10** Other income (loss) | **15** Alternative minimum tax (AMT) items  **F\***  **-14,085** |
| **11** Section 179 deduction | **16** Items affecting shareholder basis  **C\***  **54,836** |
| **12** Other deductions  **A**  **92** | **D**  **33,749** |
| | **17** Other information |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    www.irs.gov/Form1120S

Schedule K-1 (Form 1120S) 2017

DAA

Case 21-31539   Doc 82-1   Filed 01/26/22   Entered 01/26/22 17:17:14   Desc Main
Corrected Image      Page 13 of 36

| | | | | | |
|---|---|---|---|---|---|
| ☐ Final K-1 | | ☐ Amended K-1 | | OMB No. 1545-0 | |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015, or tax
year beginning _____
ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.    ▶ See back of form and separate instructions.

| **Part I**    Information About the Corporation |
|---|

**A** Corporation's employer identification number
**81-4950229**

**B** Corporation's name, address, city, state, and ZIP code
LOCAL MOTION MINNESOTA INC

18219 TRISTRAM WAY
EDEN PRAIRIE     MN  55346

**C** IRS Center where corporation filed return
OGDEN, UT  84201

| **Part II**    Information About the Shareholder |
|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
MOLLY M SEELEY
18219 TRISTRAM WAY

EDEN PRAIRIE     MN  55346

**F** Shareholder's percentage of stock
ownership for tax year ..................   **100.000000 %**

For IRS Use Only

---

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss)  **82,202** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  **53** | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15  **A** | Alternative minimum tax (AMT) item  **6,550** |
| 11 | Section 179 deduction | 16  **C*** | Items affecting shareholder basis  **ST** |
| 12 | Other deductions | | |
| | | 17  **A** | Other information  **53** |

**\* See attached statement for additional information.**

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   IRS.gov/form1120s

Schedule K-1 (Form 1120S)

DAA

**b71118**

☐ Final K-1        ☐ Amended K-1        OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2018**
*For calendar year 2018, or tax year*

beginning _____    ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
**\*\*–\*\*\*0229**

**B** Corporation's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA INC**

**18219 TRISTRAM WAY**
**EDEN PRAIRIE        MN   55346**

**C** IRS Center where corporation filed return
**E-FILE**

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
**\*\*\*–\*\*–0843**

**E** Shareholder's name, address, city, state, and ZIP code
**MOLLY M SEELEY**
**18219 TRISTRAM WAY**

**EDEN PRAIRIE        MN   55346**

**F** Shareholder's percentage of stock ownership for tax year ........................ **99.999864 %**

For IRS Use Only

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | | |
|---|------|---|---|
| 1 | Ordinary business income (loss) **50,720** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 **H\*** | Other income (loss) **10,320** | 15 **F\*** | Alternative minimum tax (AMT) items **-12,810** |
| 11 | Section 179 deduction | 16 **C\*** | Items affecting shareholder basis **9,313** |
| 12 **A** | Other deductions **640** | **D** | **45,000** |
| | | 17 **V\*** | Other information **STMT** |
| | | **W\*** | **STMT** |
| | | **X\*** | **STMT** |

**\* See attached statement for additional information.**

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.        www.irs.gov/Form1120S        Schedule K-1 (Form 1120S) 2018

DAA

 Gmail

**Nicholas Bergeron <nickbergeron85@gmail.com>**

## Fwd: 60%

**Molly Seeley** <mollyseeley@gmail.com>
To: "nickbergeron85@gmail.com" <nickbergeron85@gmail.com>

Thu, Oct 1, 2020 at 3:13 PM

---------- Forwarded message ---------
From: **Molly Seeley** <M.Seeley@localmotion.com>
Date: Thu, Oct 1, 2020 at 3:10 PM
Subject: Fwd: 60%
To: mollyseeley <mollyseeley@gmail.com>

Get Outlook for iOS

---

**From:** Molly Seeley <mollyseeley@gmail.com>

**Sent:** Thursday, October 1, 2020 2:46:38 PM

**To:** Molly Seeley <M.Seeley@localmotion.com>

**From:** Mitch Rittenhouse

**Sent:** Monday, September 28, 2020 3:07 PM

**To:** David Seeley <David.Seeley@localmotion.com>; Molly Seeley <M.Seeley@localmotion.com>; Justin Christenson <justin.christenson@netsirv.com>;

craig.nester@localmotion.com

**Subject:** 60%

**From:** David Seeley <David.Seeley@localmotion.com>

**Sent:** Monday, September 28, 2020 8:10 PM

**To:** Molly Seeley <M.Seeley@localmotion.com>; Justin Christenson <justin.christenson@netsirv.com>; Craig Nester <craig.nester@localmotion.com>;

Mitch Rittenhouse <mitch.rittenhouse@netsirv.com>

**Subject:** Re: 60%

Ya, thats the return, I don't think the actual Operating Agreement was ever sent over to Bruce... he may just be taking marching orders. We have to

connect all the dots on these agreements, I think we missed that step. (?)

You are correct on missing a step.  As a refresher as to what led up to where we are now with this:

1. Back in 2017 (and perhaps sooner but I only have records going back to 2017) David Seeley and I would assume Molly Seeley made the decision to change the 60% held by Molly Seeley

in Local Motion MN (hereafter LMMN) to 60% held by Local Motion Minnesota (hereafter LLMINN) so that the revenue pass thru from LMMN occurred to LMMINN and not to Molly Seeley. This was before my time being involved in the treasury functions of LMMINN, so

I am unaware of the exact sequence of events, but I can say that taxes were filed in 2017 and for each subsequent years that show that transfer occurred. By filing the taxes for multiple years this codified the transfer of the asset (60% of the shares/ownership

in LMMN) to LMMINN, but you are correct, a new operating agreement was not done at the same time. That lack of an operating agreement should not have happened from an administrative standpoint but it's being missing does change that corporate taxes were filed,

K1's were issued and personal income taxes were filed based on the new ownership (LMMINN) of that 60% demonstrating that the ownership transfer did in fact occur.
2. When the Operating Agreements for LMMINN were drawn up in early 2020 to accommodate the new ownership structure, that was when I made the discovery that the operating agreements

for LMMN were not correct and that nothing had ever been done to formalize the LMMN operating agreement to reflect that 60% was held now by LMMINN and not Molly Seeley and it was decided that this administrative failure should be rectified.
3. We drew up a new operating agreement for LMMN and presented same to the 2 minority EB partners and they opted not to execute the new agreement. I suggested at the time that we

issue a side letter to that effect but it was decided that they had been notified, they had acknowledged receipt of the notification, and while they were given the opportunity to execute the new OA which they declined to do, that they had been notified that

the ownership transfer of the of the 60% had occurred and that this transfer of the 60% ownership had zero impact on them, so no additional action would be taken at that time.

4. It needs to be said that at the time the LMMINN operating agreement signed in early 2020 to accommodate the new ownership structure

et.al. my understanding (and I think Justin's

as well although I will not speak for him) was, based on all of the above, that the assets of LMMINN included the 60% ownership of LMMN.

Mitchel Rittenhouse

Vice President of Development

702-285-7994



**From:** David Seeley <David.Seeley@localmotion.com>

**Sent:** Monday, September 28, 2020 8:10 PM

**To:** Molly Seeley <M.Seeley@localmotion.com>; Justin Christenson <justin.christenson@netsirv.com>; Craig Nester <craig.nester@localmotion.com>;

Mitch Rittenhouse <mitch.rittenhouse@netsirv.com>

**Subject:** Re: 60%

Ya, thats the return, I don't think the actual Operating Agreement was ever sent over to Bruce... he may just be taking marching orders. We have to

connect all the dots on these agreements, I think we missed that step. (?)

Here is 2018 – the one below was for 2017

36777P 03/18/2019 2:41 PM

| SCHEDULE B-1 (Form 1065) | Information on Partners Owning 50% or More of the Partnership | OMB No. 1545-0123 |
|---|---|---|
| (Rev. September 2017) Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1065. ▶ Go to www.irs.gov/Form1065 for the latest information. | |

| Name of partnership | Employer identification number (EIN) |
|---|---|
| LOCAL MOTION MN LLC | **-***1444 |

**Part I** Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| LOCAL MOTION MINNESOTA INC | **-***0229 | CORPORATION | UNITED STATES | 60.000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

36777P 12/03/2018 4:30 PM

| SCHEDULE B-1 (Form 1065) | Information on Partners Owning 50% or More of the Partnership | |
|---|---|---|
| (Rev. September 2017) | ▶ Attach to Form 1065. | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form1065* for the latest information. | |

| Name of partnership | Employer identification number (EIN) |
|---|---|
| LOCAL MOTION MN LLC | 47-2641444 |

**Part I**    Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| LOCAL MOTION MINNESOTA INC | 81-4950229 | CORPORATION | UNITED STATES | 60.000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**    Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Tammy Seeley, Justin Christenson, Craig Nestor
8100 Wood Street Suite 160
Chanhassen, MN 55113

### SUBJECT: CORPORATE DECISION RECORD

I, Mitchel Rittenhouse, CFO of Local Motion Minnesota, do hereby certify that at a duly constituted meetings of the Stockholders of the Corporation were held on September 22, 2021. In attendance was Mitchel Rittenhouse, David Seeley, Justin Christenson and Craig Nestor, representing 76.29% of the company ownership. The Meeting was held via Zoom Conference Call.

The purpose of the call was to discuss 2 issues: Molly Seeley's contributions to the organization and Molly Seeley's earnings issues raised by the Judge, Auditor, Trustee and preference creditors. The matter was discussed and it was agreed that action was necessary and a vote was taken to memorialize those actions and to meet the following morning to finalize the matter.

I, Mitchel Rittenhouse, CFO of Local Motion Minnesota, do hereby certify that at a duly constituted meetings of the Stockholders of the Corporation were held on September 23rd, 2021, which was a continuation of the September 22, 2021 meeting. This meeting was held by Zoom Conference call. On that call were Mitchel Rittenhouse, Justin Christenson and Craig Nestor, representing with 52.5% of the stock held. David Seeley was unable to attend due to pressing personal matters related to Molly Seeley and a court action she served to David Seeley the evening of September 22nd, 2021 but was in communication with the other attendees via text.

After final review, and upon motion duly made and seconded, it was VOTED:

Molly Seeley's employment with Local Motion, MN LLC or any other affiliates or subsidiaries will be terminated effective this date, due to the fact that Ms. Seeley is not performing any functions for the benefit of the company, and therefore is not earning compensation. This is a result of objections raised by preference creditors and the analysis of the company structure by the Auditor and Trustee assigned to the Local Motion, MN LLC Chapter 11 reorganization determining that her continued employment is not in the best interest of the company or of the cash collateral position of the company.

Under the terms and conditions of Section 3, Scenario 5: Expulsion of Owner in the Buy and Sell Agreement for Local Motion Minnesota, LLC, Molly Seeley's is being expelled from the company. Company agrees to transfer all ownership interest of Molly Seeley to Local Motion Minnesota, LLC pursuant to the terms and conditions of the Buy and Sell Agreement.

In as much as the primary asset of Local Motion Minnesota LLC is Local Motion MN, LLC, and that asset is currently in Chapter 11 Bankruptcy with $400,000 in assets and $3,500,000 in liabilities, the company has negative value, as such there is no payment for the ownership interest.

The vote was unanimously YES for both actions. David Seeley voted on the matter via text message.

I further certify that the foregoing votes are in full force without rescission, as modification or amendment.

Mitchel Rittenhouse
Local Motion Minnesota CFO

Local Motion Minnesota



**Boynton**
*Law Offices, P.A.*

December 12, 2021

Molly Seeley
22760 Galpin Lane
Shorewood, MN 55331

RE: Local Motion MN, LLC – Cease and Desist

Dear Ms. Seeley:

As you are aware, I represent Local Motion MN, LLC and Local Motion Minnesota, Inc. (collectively, the "Company"). This past September the Company provided notice to all shareholders of a special meeting to be held on September 22, 2021 via Zoom. That meeting was attended by all shareholders except you. The meeting was continued to September 23, 2021 at which time the majority of the shareholders voted to terminate your employment with the Company and expel you as a shareholder of the Company. Your expulsion triggers an automatic purchase of your shares for fair value. Given that the Company's assets as represented in the pending bankruptcy proceeding are approximately $400,000 and its liabilities are approximately $3,500,000 the Company has determined that the reasonable value of your shares of the Company is $0.00.

Since your termination and expulsion it has come to the Company's attention that you have continued to represent yourself as an owner of the Company. Specifically, the Company is aware of an email communication sent by you on December 5, 2021 wherein you identify yourself as an "owner" of the Company.

This letter is to demand that you immediately CEASE AND DESIST from: (1) making any further false statements regarding your affiliation with the Company, or ability to represent it; (2) making any defamatory or disparaging remarks regarding the Company; and (3) interfering with any current or prospective business interests of the Company. Please note that the Company intends to pursue all legal remedies available to it in the event that you refuse to abide by the foregoing.

Sincerely,

Steven E. Boynton
SEB:kmb

11150 MISSISSIPPI DR N

CHAMPLIN, MINNESOTA 55316

TEL. (763) 232-2727

STEVEBOYNT@HOTMAIL.COM

EY:6



**(no subject)**
1 message

**Molly Seeley** <mollyseeley@gmail.com>                    Tue, Dec 14, 2021 at 3:33 PM
To: nickbergeron85@gmail.com

10:55                                                        .ıl LTE 🔋

 Menu       FLAGSHIPBANK

LIII ····2031

Last Updated: July 23, 2021 10:50 AM

$1,235.86                          $997.42
Current Balance                    Available Balance

Transactions      Details

🔍        🔽        $⇄        ⋮

Pending
732901 POS PREAUTH ENTERPRISE              ($611.17)    ⋮
RENT- BROOKLYN PARK MN                      $997.42     ⋮

Pending
LOCALMOTIONMNLLC MERC DEP                 $4,332.80    ⋮

1199042                                                   $1,608.59   •

---

Pending

BKCD PROCESSING SETTLEMENT                    $17,200.72    •
046727001008011                                ($2,724.21)  •

---

Pending

BKCD PROCESSING CHARGEBACK                       ($110.00)   •
046727001008011                                ($19,924.93)  •

---

Pending

CHECK 42532                                      ($710.79)   •
                                               ($19,814.93)  •

---

Details
_____

Statement Description:
CHECK 42532

Date:
7/23/2021

Type:

EX 7



# (no subject)
1 message

**Molly Seeley** <mollyseeley@gmail.com>
To: nickbergeron85@gmail.com

Tue, Dec 14, 2021 at 2:13 PM

**2:12**

< October 26 Edit
10:06 AM

VIEW ENTIRE MESSAGE

 me   Oct 25
to David ⌄

Simple answer please, why have you not told Justin
he can't use our trademark? Were you going to sell
and or receive money once the judge signed off on
this chapter 11? Are you involved in any way with
Local Motion Home Services and it's future plans or
the selling of it?
Simple questions.
Thank You for your prompt response David

● ● ●

D David Seeley   Oct 25
to me ⌄

Only the logo are they authorized to use, the trademark expired so they renewed and now it's under Local Motion which is fine, you hated the logo anyway. (I did not agree to any other IP, only logo) Not involved in home services or concreate, my new attorney with Penny will fight anything we don't agree with so if these are an issue, I will fight them. My goal is to protect equity to owners right now, have Local Motion pay its IT bill. I don't want Mitch/Justin/Craig thinking they can just take what they want.





United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 25 03:32:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 10 out of 27**

---

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LOCAL MOTION |
| **Goods and Services** | (CANCELLED) IC 039. US 100 105. G & S: Warehouse storage services; packaging articles for transportation; moving services. FIRST USE: 20050220. FIRST USE IN COMMERCE: 20050220 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.05 - Smoke ; Steam ; Vapor<br>18.05.03 - Engines, railroad ; Locomotives ; Subway cars ; Train cars ; Trains |
| **Trademark Search Facility Classification Code** | ART-07.11 Structural Works<br>ART-18.05 Land motor vehicles<br>INAN Inanimate objects such as lighting,clouds,footprints,atomic configurations,snowflakes,rainbows,flames<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 77462251 |
| **Filing Date** | April 30, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 31, 2009 |
| **Registration Number** | 3764056 |
| **Registration Date** | March 23, 2010 |
| **Owner** | (REGISTRANT) Seeley, David Allen INDIVIDUAL UNITED STATES 7472 Washington Avenue South Eden Prairie MINNESOTA 55344 |
| **Prior Registrations** | 1758789 |

| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the terms "LOCAL MOTION" in front of an illustration of an approaching train with smoke flowing from the top. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | October 30, 2020 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# (no subject)
1 message

**Molly Seeley** <mollyseeley@gmail.com>                    Fri, Nov 5, 2021 at 1:42 AM
To: nickbergeron85@gmail.com

**1:42**

**David Seeley** Oct 24

I need my air compressor back to work on truck, Ben a...

**me** Oct 25
to David

Simple answer please, why have you not told Justin he can't use our trademark? Were you going to sell and or receive money once the judge signed off on this chapter 11? Are you involved in any way with Local Motion Home Services and it's future plans or the selling of it?
Simple questions.
Thank You for your prompt response David

**David Seeley** Oct 25

to me

Only the logo are they authorized to use, the trademark expired so they renewed and now it's under Local Motion which is fine, you hated the logo anyway. (I did not agree to any other IP, only logo) Not involved in home services or concreate, my new attorney with Penny will fight anything we don't agree with so if these are an issue, I will fight them. My goal is to protect equity to owners right now, have Local Motion pay its IT bill. I don't want Mitch/Justin/Craig thinking they can just take what they want.



| United States Patent | **7,778,880** |
|---|---|
| Seeley | **August 17, 2010** |

## System and methods for remote access to stored items

### Abstract

Remote access to a computerized inventory, which includes images of items stored in a storage unit that is assigned to a customer, is provided so that the customer may view the images of the stored items. The remote access may further allow the customer to select particular items, according to the images, and send instructions to a storage facility representative, concerning those selected items.

| | |
|---|---|
| **Inventors:** | **Seeley; David** (Eden Prairie, MN) |
| **Assignee:** | **Seeley; Molly** (Eden Prairie, MN) |
| **Family ID:** | **38286658** |
| **Appl. No.:** | **11/338,177** |
| **Filed:** | **January 24, 2006** |

### Prior Publication Data

| **Document Identifier** | **Publication Date** |
|---|---|
| US 20070174130 A1 | Jul 26, 2007 |

| | |
|---|---|
| **Current U.S. Class:** | **705/26.35**; 705/27.2 |
| **Current CPC Class:** | G06Q 30/0609 (20130101); G06Q 30/0643 (20130101); G06Q 50/30 (20130101) |
| **Current International Class:** | G06Q 30/00 (20060101) |
| **Field of Search:** | ;705/26,27 |

### References Cited [Referenced By]

#### U.S. Patent Documents

| | | |
|---|---|---|
| 5671697 | September 1997 | Rutman |
| 5946660 | August 1999 | McCarty et al. |
| 6904410 | June 2005 | Weiss et al. |