**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

    Local Motion MN, LLC

                              Chapter 11
                              Subchapter V

          Debtor.                     Case No. 21-31539

**ORDER REFERRING MATTER FOR MEDIATION**

       This case came before the court for a telephonic status conference regarding the "Objection to Discharge of Bankruptcy under Subchapter V of Chapter 11" [Doc. 82] including the request for dismissal of the case.    During the status conference, counsel for the Debtor and Molly Seeley agreed to mediate the dispute.    Attendance by the Subchapter V Trustee, Steven Nosek, is at his option.  Judge William J. Fisher has agreed to mediate the dispute.

IT IS ORDERED:

1.     The parties shall submit to mediation and shall appear and participate as ordered by the mediator.

2.     Judge William J. Fisher will serve as the mediator.

Dated: *February 08, 2022*

                                  BY THE COURT:

                                  /e/ Katherine A. Constantine
                                  Katherine A. Constantine
                                  United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/08/2022*
Tricia Pepin, Clerk, by CG