**RECEIVED**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

MAR 0 3 2022

TIME: _4:30pm_

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

In re:

Local Motion MN, LLC,

Chapter 11 – Sub V
Case No. 21-31539

Debtor.

---

## MOTION TO DISMISS BANKRUPTCY
## CHAPTER 11 SUBCHAPTER V

---

This Motion to Dismiss Bankruptcy is brought forward by Molly Seeley, under 11 U.S.C. § 1112. This Bankruptcy Case should have never commenced as the purported "Debtors In Possession," are not Owner's and had no Authorization to File Bankruptcy on Behalf of Local Motion MN LLC. In addition to not having authority to file the Bankruptcy, there has been ongoing Mismanagement of the Estate, continual loss and diminution to Local Motion MN LLC, conspiratorial tax filings and inaccurate documentation filed with both this Court and the IRS.

The hearing will be held at 10am on March 24th at 300 S 4th St. 301 us Court House rm 8 West w/ Judge Constantine.

## BACKGROUND

Local Motion MN LLC was formed on January 8, 2015, as a Partnership, out of Delaware. (See Ex.1) Local Motion Minnesota INC., was organized as a Minnesota Business Corporation on December 26, 2014. On January 8, 2015, this Company, Local Motion Minnesota INC., changed its name to Local Motion Holdings INC. *Id.* As shown by the assumed name filing, the Company is also known as "Local Motion Minnesota Inc."

## FACTS SUPPORTING CAUSE FOR DISMISSAL

To be clear for this Motion, Local Motion Minnesota INC. and Local Motion Holdings INC., are and have been the same company since its inception, with the last four digits of Its' Employee Identification Number 0229.(*See Ex.*2) This company was formed to transfer Doing Business As (D.B.A) Authority of "Local Motion," the moving and storage company, from DAKT Enterprises, to this entity, Local Motion Minnesota INC, EIN #0229. The entity Local Motion MN LLC, and any other or prior entities that had authority to D.B.A "Local Motion", all acted and assumed business operation as one and of the same operation. The first year of tax filing for Local Motion Minnesota INC. was Fiscal Year 2015, whereas I, Molly Seeley, is listed as 100 percent owner. (See Ex.3) Local Motion Minnesota INC. was formed to have transferred control and complete authority of D.B.A. "Local Motion", to a new entity as a condition of the United

State Customs and Immigration Services, USCIS, EB-5, Foreign Investment program. Local Motion MN LLC was formed as a new entity, D.B.A. "Local Motion", to allow for an investment through the EB-5 Foreign Investment Program. In 2016, the first year of operation under the Authority of Local Motion Mn LLC, EIN 1444, Local Motion Minnesota INC,(aka Local Motion Holdings INC.) had a 70 percent controlling stake of Local Motion MN LLC.(See Ex.4) The EB-5 Partner, Pan Yue, was given a 30 percent stake of Local Motion MN LLC. Local Motion MN LLC added another EB-5 Investor/ Partner in 2017, Hongxing (Aka Anna) Chen. The Local Motion Minnesota/ Holdings INC, share of Local Motion MN LLC was diluted to 60 percent ownership, with Anna Chen and Pan Yue, each of the EB-5 Investors, given 20 percent ownership.(See Ex.5) The last tax returns completed, filed and submitted for all "Local Motion" companies prior to the Bankruptcy Petition filing date was for the Fiscal Year of 2018.(See Ex.6) These filings show that Molly Seeley has been and remained the sole owner of Local Motion Minnesota/ Holdings INC. EIN 0229, since the original formation, on December 26, 2014. These filings also show that Local Motion Minnesota/ Holdings INC. had a 60 percent ownership of the Company Local Motion MN LLC, prior to the filing of this Case. At no time following 2018 have I transferred any ownership interest in the Company, or have authorized any other party to act on my behalf. These filings, after having been submitted over four years and never having been audited, codifies that I, Molly Seeley, own 100% of Local Motion Holdings, INC, a company that has a controlling stake of Local Motion MN LLC, with a 60% share. The 2019 and 2020 tax returns have recently been filed, purportedly on behalf of the Company, but those tax returns (if filed) were not

authorized by me. The 2019 tax returns for Local Motion Minnesota/ Holdings INC were completed on <u>December 10, 2021</u>, which show David Seeley, as a 47.5% owner, Molly Seeley 47.5%, and Mitchel Rittenhouse at 5%.(See Ex7).  This could look to be normal if it was not done during a Bankruptcy and divorce proceedings betweeen Molly and David Seeley, who never claimed ownership of Local Motion until Ms. Seeley filed for divorce. The fact that these were completed after Bankruptcy and had been filed after it was pointed out to the court and all parties involved that they are not the owners, further shows Fraud in both the Bankruptcy filing and through their tax filings. The 2020 tax filings for Local Motion Minnesota/ Holdings INC were completed on <u>January 12, 2022,</u> and show that David Seeley, Molly Seeley, Mitchel Rittenhouse, and Providence Group as each owning 23.75% and that Craig Nester has 5%.(See Ex8) These filings were never signed by me. I was approached numerous times throughout the year of 2021 to sign just the last page for tax filings but I never did.  I was asked to sign over a Power of attorney and deliberately only given the last page to sign with the pressure to do so because our daughter needed them to apply for scholarships.. Had I done so, I would have blindly signed away the majority of ownership unknowingly. (See Ex9) This was to allow them to be able to file taxes without my seeing them. At no point have I, Molly Seeley, as the controlling shareholder of the Company and the 60% owner of the Debtor, authorized the Debtor's bankruptcy. The Court should look to Dismiss this case under 11 U.S.C. § 1112(a)(1) as to the Claimed Debtors In Possession are not the actual Owners of the Entity in Bankruptcy and had no authority to file Chapter 11.

Mitchel Rittenhouse, Justin Christenson, Craig Nester, and David Seeley have filed this Bankruptcy without my permission or consent, as well as with intention, to take over ownership of My company, dispose of the Companys' Debts on mine and David Seeley's personal behalf, and operate moving forward under a similar identity without taking care of the current creditors. Mitchel Rittenhouse has questioned the supposed Ownership of "Local Motion" in September of 2020, in an email to Management, acknowledging no documentation showing ownership of any "Local Motion" company.(See Ex.10) There has been gross mismanagement of this Estate with Mr. Rittenhouse, Mr. Nester, Mr. Christenson and Mr. Seeley operating the company. The Operating reports that are submitted for each month since the filing date show losses for the month of November and December when it is quite possible for profit in each month.  There are issues with how much is paid out in Management Salaries and Administrative Salaries.(See Ex.11) The monthly reports state that they are generated by company software and "may not accurately reflect current bank statements".

In 2016, David Seeley, met with Justin Christenson, about bringing him onboard to help grow the Company, as Mr. Christenson promised. David Seeley had promised Mr. Christenson future ownership shares if Mr. Christenson followed through on helping grow the Company. Mr. Christenson was given the role of Vice-President of Business Development. Mr. Christenson's future Ownership into the company was based on performance and value Mr. Christenson was to bring to the company. Christenson's ownership was also dependent on the EB-5 partners agreeing with additional owners,

as well as assurances of never filing Bankruptcy or putting the company in a position where it needed to. As Mr. Christenson understood these conditions and requirements, and being made aware that ownership was not going to be taking place in 2020 or 2021, he systematically and strategically aligned with the other three "DIPS"-Debtors in Possession, to remove my access to the company, all meetings and decisions regarding operation of the company and their plan of filing Bankruptcy. Mr. Christenson, along with the other "DIPS" are attempting within this Bankruptcy case, to take over My company. The court must look at the ongoing operation of the Company under "their" control as to not being in the best interest of Creditors and to the Estate. Allowing this Bankruptcy to continue any further is damaging to both the Company and to all Creditors, not to mention the reputation and financials of the Company severely affected negatively. 11 U.S.C.§ 1112(b)(1) shows that Dismissal of this Case is in the best interest of all parties, as Converting to Chapter 7 would leave all Creditors with very little assets to collect from; and Dismissal of Case and returned back to the rightful owner, would allow the Estate and the Creditors to work together to put a fair payback plan in place that all parties can agree to and be satisfied with.

Mitchel Rittenhouse was brought on as a partner to Netsirv, LLC in 2017. Netsirv, LLC, is the company David Seeley and I funded and grew into its own LLC. Mitchel Rittenhouse was never brought on as an owner of Local Motion MN LLC or Local Motion Minnesota INC, now known as Local Motion Holdings INC. Mr. Rittenhouse has submitted since the filing of this Bankruptcy that he is 5% owner of

Local Motion Holdings INC, in 2019, and 23.75% owner in 2020. I have never signed over any controlling ownership to Mitchel Rittenhouse. Mr. Rittenhouse and David Seeley added themselves as owners of Local Motion Minnesota/ Holdings INC, in the 2019 tax filing, which has been filed after the Bankruptcy Filing, as 5 percent ownership for Mr. Rittenhouse and 47.5 percent for Mr. Seeley. This was done to show that they would have majority ownership of Local Motion Minnesota/ Holdings INC. to allow for a majority vote on bringing on Craig Nester as a 5 percent owner, and Providence Group, under Justin Christenson, as a 23.75 percent owner, in 2020. The tax filings for Local Motion Minnesota/ Holdings INC #0229, in 2020 were changed from an S- Corp status to a Partnership, to allow for Providence Group, an S- Corp, to be allowed shares of the company. The tax filing for 2020 of Local Motion Minnesota/ Holdings INC, show Molly Seeley, David Seeley, Mitchel Rittenhouse, Providence Group, each have 23.75 percent ownership and Craig Nester has 5 percent ownership.(See Ex.11) Aside from the current "DIPS" not being the owners and the Bankruptcy Case should be Dismissed, the current "DIPS" have filed and submitted numerous false statements and filings to both the Court and the IRS. The "DIPS" may try to claim that these filings were done in error and can be cured, but it would undo their claims of saying they are owners'. The Court may Dismiss this case under 11 U.S.C §1112(b)(2)(B)(i) and(ii) as the acts and omissions by the "DIPS" were intentional and should have already been completed prior to the filing.

Craig Nester was brought in to work for the Company by Justin Christenson and on Mr. Christenson's recommendation. I have never assigned to or transferred to Mr. Nester any ownership or shares of any Company I am an owner of, affiliated with, or founder of. Mr. Nester has now attempted to add himself in the 2020 tax returns for Local Motion Holdings, INC, as a 5% owner, after the Bankruptcy initial filing. Mr. Nester was agreed to be brought into the Company as an employee to the title of Vice-President of Business Development.

David Seeley founded DAKT Enterprises now dba Local Motion in 1994. David and I were married in 1999. I was 24, owned my home and car and was a Director of my own division at a Recruitment firm. Mr. Seeley was 33, rented an apartment and truck and had over $30k in debt. I refinanced my home to pay off his and Local Motion's debts to keep it afloat. Local Motion was in its infancy phase and facing insolvency without major changes to the company's structure at the time. Within six months into the marriage, I had to replace the two long term "heads" of the company and take over six roles within two weeks.

I did this until the company was a market leader all while performing every position in the company at some point in the last two decades. I did so by being the first moving company of its kind to have a 100% promote from within policy, Inventing and Patenting On-demand storage and it's constant need for enforcment, 501c3 creations and partnerships to DIY social media launches. I feel my biggest contribution is, has and will always be the fact that I care about the people at Local Motion. That truth has

afforded me unbelievable loyalty by my co- workers throughout the years, many who want to return to Local Motion should my ownership be confirmed.

David has said in interviews he was, "A tech guy who ended up with a moving truck." His passion early on was developing a system to make Local Motion more streamlined and he did that tenfold. Netsirv has and will always be his passion and Local Motion his described "test kitchen" for the software company. In 2015 he asked me to become the 100% owner of Local Motion with one of the main reasons wanting to focus on Netsirv full time. At one point we were funding 11 employees and couldn't afford school lunch for our daughters on the belief this software company would be the one and only market leader for moving software. He believed our system was like no other and wanted to devote all of his time towards building it. David and I have spent over $2 million dollars personally funding the building of Netsirv. After 20 years, it was finally profitable enough for us to receive bi-weekly checks in 2020. After asking for a divorce, I have not received a dime and was told I would receive dividends if the company was ever profitable enough to distribute them. Additionally, he has always been the only person allowed (his orders) to communicate with the E-B investors.

It is very concerning to me that on every monthly report there is printed on every page: "Profit/ loss report generated from company software, so this doesn't tie out to the bank statement" when netsirv has GAAP compliant accounting software. Also, after only glancing at one of the reports, I noticed a GL line for "Truck Rental-DS". This is for my family owned F-150 that David transferred the title to Local Motion in order to protect it from his own personal bankruptcy and liens.(See Ex 19) It has not left the driveway of

my home in months and I feel this was a way for him to recoup funds after the Trustee rejected any further payments to our second mortgage with the conspiratorial approval of the other "owners". In addition, after bankruptcy was filed in September and they failed to present proof of ownership in the company they filed Chapter 11 under, they switched back to the correct name of Local Motion Minnesota INC, Not Local Motion Minnesota LLC. Netsirv runs the operations and accounting of Local Motion, which makes the financial forensics more difficult as they would not be dealing with the usual Quick Books or Peachtree. I was voted out of all banking access as well as stripped from logging into both company's accounts (Local Motion and Netsirv), and banned from any and all Local Motion's and Netsirv meetings in the spring of 2021.

Since the commencement of this Bankruptcy, the claimed owner's of the Debtor, held a private meeting without me, voting me out of the "Company" and any affiliates of the Debtor, and that they would absorb all of my shares without buyout needed as the Debtor company shows negative value. In the document served to myself on 10/12/2021, it is stated that I am voted out of the "Company" and any of the "Company's" affiliates, and furthermore the "owner's" said they no longer wish to have me employed by the "Company."(See Ex. ) This was done to prevent me from having the access to funds to retain my own counsel. Despite how far the opposing party has been willing to continue with this Chapter 11, I have not been deterred from doing the right thing.

As the Chief Compliance Officer of Local Motion MN LLC, I have worked more than overtime every week since this Bankruptcy was filed to make sure it has been done in compliance to "Company" Policies and the Law. The claimed owner's of the Debtor in this Bankruptcy have said they have terminated my position in the company and therefore I was denied my salary during this Bankruptcy. The four individuals have done everything they can to keep me away from finding out about them filing Bankruptcy on My Companys' Behalf. My soon to be Ex- Husband, Mr. Seeley has tried to have me sign Tax documents, for the Fiscal Year of 2019, but would only show me the signage page, not the whole Tax Filing, in July of 2021. I refused to sign any of the documents as to not knowing what else was entered into these filings. The four individuals removed me from our weekly meetings in May of 2021.  They also removed my access to the Company's Bank Account on July 23rd of 2021.(▬▬▬▬) I was never notified or informed that the four individuals were filing bankruptcy prior to September 15, 2021, five days after the initial filing.  Mr. Seeley also canceled our Trademark then proceeded to allow Justin Christenson to use it in other LLC's using Local Motion in its name. (See Ex.13) This raises my concerns that a new Local Motion, under Localmotion.com, which was removed as an asset in the filing.

I have been involved with running and operating Local Motion since 2000.  David Seeley started Local Motion in 1994. The controlling Company of Local Motion, was DAKT, Enterprises, which Mr. Seeley was 100% owner of.  In 2014, Mr. Seeley transferred 100% ownership of DBA Local Motion, to the Entity name of Local Motion Minnesota INC.  Mr. Seeley transferred ownership over to a new entity as to the future

involvement with the EB- 5 Program. I have been involved in the everyday operations in person or remotely since 2000. I have been involved with many new and creative ways that have helped grow the Company to a Five Million Dollar a Year company.  I am the Inventor and have a Patent on a Photo Storage Operation that has changed the entire Moving and Storage Industry.(See Ex. 14) I have been directly involved with the planning, design and testing of this Patent to have Local Motion MN LLC, be the first and only Moving company allowed to use a Photo Storage Option. A major part of the Company's Business is Storage. I was voted as 1 of the Top 50 Business Women in 2017, as a major reason was because of my contributions to the Company and the Moving and Storage Industry.

This filing of this Bankruptcy and all of the other acts the other party has done is the most egregious thing someone has ever done to me. The conspiracy done behind my back by the other party has been planned for well over a year and a half. The court should look to dismiss this case as stated for all of the reasons above with the main reason being as they were not the actual owners when filing the Bankruptcy, have tried to show they are by falsely filing tax returns while the Bankruptcy has been going on, and the gross mismanagement prior to filing and ongoing since filing. The court should Dismiss with Prejudice against the other party and not allow conversion or a refiling unless brought forward to the court under the proper authority and ownership.

I furthermore request the court look at the possibility of having the authority to rule on ownership and after dismissal and return ownership to the proper person/s, unless disputed upon in the proper jurisdiction should this court not rule on it. This has

been brought forward in a Federal Court and has parties involved from different states. I

feel the burden of proof is met to show the true and actual owner prior to the filing and

that if court agrees and dismisses the case under of U.S.C.§1112(a), that it should then

default as to who is claiming ownership and has proven it.  I, Molly Seeley, believe I

have shown my position as owner and that dismissing the case should then allow the

company to be returned back to me.

# **OBJECTION**

I, Molly Seeley, ask the Court to <u>DISMISS THIS BANKRUPTCY</u>, because (i)

the "Debtor's" bankruptcy was not properly authorized, and (ii) the "Debtor" does not

have authority to continue operation of the Company or any company Doing Business

As with the name of Local Motion in it. Under 11 U.S. Code § 1112, the "Debtor's"

Bankruptcy Case should be Dismissed and Withdrawn as filed, as to have knowingly

and fraudulently deceived the Court and the Creditors. I further remove all

"Officers"/original petitioners of the Company as well as Termination of Employment,

effective Immediately, and inform attorney John D. Lamey, III, that he is to withdraw

the current, proposed Plan of Reorganization, Discharge of Bankruptcy, and to

withdraw representation immediately, as to not having the proper authorization to act

on behalf of the "Debtor."

## CONCLUSION

1.     For all the reasons set forth above, I request that the Bankruptcy Case

for Local Motion MN LLC, be DISMISSED WITH PREJUDICE.


Dated: January 19, 2022

Molly Seeley

Ex 1

## Business Record Details »

Minnesota Business Name
**Local Motion MN, LLC** *Delaware*

**Business Type**
Limited Liability Company (Foreign)

**File Number**
804809900028

**Filing Date**
1/8/2015

**Renewal Due Date**
12/31/2022 → ?

**Registered Agent(s)**
None Provided

**Home Office Address**
Corporation Trust Ctr
1209 Orange Str
Wilmington, DE 19801
USA

**MN Statute**
322C

**Home Jurisdiction**
Delaware

**Status**
Active / In Good Standing

**Registered Office Address**
8625 Monticello Lane N
Maple Grove, MN 55369
USA

**Home Business Name**
Local Motion MN, LLC

**Principal Executive Office Address**
4902 Winnetka Ave
New Hope, MN 55428
United States



| Business Record Details » | *Admin Assolution* |
|---|---|

Minnesota Business Name
**Local Motion Holdings, Inc.**

*0229*
*EIN 8 1- 4950229*

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
801612200021

**Home Jurisdiction**
Minnesota

**Filing Date**
12/26/2014

**Status**
Inactive

**Renewal Due Date**
12/31/2016

**Registered Office Address**
2700 Minnehaha #200
Mpls, MN 55406
USA

**Number of Shares**
1000000

**Registered Agent(s)**
(Optional) Currently No Agent

**Chief Executive Officer**
Nate Sorgert
9230 Xylon Ave N
Brooklyn Park, MN 55445
USA

**Principal Executive Office Address**
9230 Xylon Ave N
Brooklyn Park, MN 55445
USA

Filing History

# Filing History

**Select the item(s) you would like to order:**    Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 12/26/2014 | Original Filing - Business Corporation (Domestic) (Business Name: Local Motion Minnesota, Inc.) | |
| ☐ | 1/8/2015 | Amendment - Business Corporation (Domestic) (Business Name: Local Motion Holdings, Inc.) | |

*Ex 3*

□ Final K-1 □ Amended K-1 OMB No. 1545-0123

| **Schedule K-1** **2015** | **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|---|
| **(Form 1120S)** For calendar year 2015, or tax | 1 Ordinary business income (loss) **82,202** | 13 Credits | |
| Department of the Treasury Internal Revenue Service | year beginning _____ ending _____ | 2 Net rental real estate income (loss) | |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate Instructions.

| | 3 Other net rental income (loss) | |
|---|---|---|
| **Part I** Information About the Corporation | 4 Interest income **53** | |
| A Corporation's employer identification number **81-4950229** | 5a Ordinary dividends | |
| B Corporation's name, address, city, state, and ZIP code **LOCAL MOTION MINNESOTA INC** **18219 TRISTRAM WAY** **EDEN PRAIRIE    MN   55346** | 5b Qualified dividends | 14 Foreign transactions |
| | 6 Royalties | |
| C IRS Center where corporation filed return **OGDEN, UT   84201** | 7 Net short-term capital gain (loss) | |
| | 8a Net long-term capital gain (loss) | |
| **Part II** Information About the Shareholder | 8b Collectibles (28%) gain (loss) | |
| D Shareholder's identifying number | 8c Unrecaptured section 1250 gain | |
| E Shareholder's name, address, city, state, and ZIP code **MOLLY M SEELEY** **18219 TRISTRAM WAY** **EDEN PRAIRIE    MN   55346** | 9 Net section 1231 gain (loss) | |
| | 10 Other income (loss) | 15 Alternative minimum tax (AMT) items **A** **6,550** |
| F Shareholder's percentage of stock ownership for tax year **100.000000 %** | | |
| | 11 Section 179 deduction | 16 Items affecting shareholder basis **C*** **STM** |
| | 12 Other deductions | |
| For IRS Use Only | | |
| | | 17 Other information **A** **53** |
| | ***** See attached statement for additional information. | |

**Ex 4**

**Partner# 1**

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

| Part I | Information About the Partnership |
| --- | --- |

**A** Partnership's employer identification number
47-2641444

**B** Partnership's name, address, city, state, and ZIP code
LOCAL MOTION MN LLC

8625 MONTICELLO LANE NORTH
MAPLE GROVE          MN 55369

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
| --- | --- |

**E** Partner's identifying number
81-4950229

**F** Partner's name, address, city, state, and ZIP code
LOCAL MOTION MINNESOTA INC

18219 TRISTRAM WAY
EDEN PRAIRIE          MN 55346

**G** ☒ General partner or LLC member-manager     ☐ Limited partner or other LLC member

**H** ☒ Domestic partner     ☐ Foreign partner

**I1** What type of entity is this partner?  **Corporation**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
| --- | --- | --- |
| Profit | 70.000000% | 70.000000% |
| Loss | 70.000000% | 70.000000% |
| Capital | 70.000000% | 70.000000% |

**K** Partner's share of liabilities at year end:

| | |
| --- | --- |
| Nonrecourse | $ 23,689 |
| Qualified nonrecourse financing | $ |
| Recourse | $ 375,379 |

**L** Partner's capital account analysis:

| | |
| --- | --- |
| Beginning capital account | $ 907,322 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ 196,760 |
| Withdrawals & distributions | $ ( 49,135 ) |
| Ending capital account | $ 1,054,947 |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
| --- | --- |

| 1 | Ordinary business income (loss)  282,325 | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income  143 | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| | | A | 6,257 |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C* | STMT |
| 12 | Section 179 deduction  56,437 | 19 | Distributions |
| | | A | 49,135 |
| 13 | Other deductions | | |
| A | 37 | 20 | Other information |
| | | A | 143 |
| | | Z* | STMT |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

**Ex 5**

651113

| | | | Final K-1 | | Amended K-1 | | OMB No. 1545-0123 |

**2017**

**Schedule K-1
(Form 1065)**

Department of the Treasury
Internal Revenue Service

For calendar year 2017, or tax year

beginning [          ]   ending [          ]

**Partner's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

### Part I   Information About the Partnership

**A** Partnership's employer identification number
**\*\*-\*\*\*1444**

**B** Partnership's name, address, city, state, and ZIP code
**LOCAL MOTION MN LLC**

**8625 MONTICELLO LANE NORTH**
**MAPLE GROVE        MN 55369**

**C** IRS Center where partnership filed return
**E-FILE**

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number
**\*\*-\*\*\*0229**

**F** Partner's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA INC**

**18219 TRISTRAM WAY**
**EDEN PRAIRIE        MN 55346**

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   **CORPORATION**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 80.000000 % | 60.000000 % |
| Loss | 80.000000 % | 60.000000 % |
| Capital | 80.000000 % | 60.000000 % |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | 136,049 |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 216,198 |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 1,054,947 |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -191,213 |
| Withdrawals & distributions | $ ( | 33,749 ) |
| Ending capital account | $ | 829,985 |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **-136,285** | 15 | Credits **O   33,749** |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items **A   -14,085** |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | **C\*       STMT** |
| 12 | Section 179 deduction | 19 | Distributions **A   33,749** |
| 13 | Other deductions **A       92** | 20 | Other information **Z\*** |
| 14 | Self-employment earnings (loss) | | |

\*See attached statement for additional information.

For IRS Use Only

**EX 6**

36776S 09/12/2019 10:24 AM

671118

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning _____    ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

| Part I | Information About the Corporation |

**A** Corporation's employer identification number
**\*\*–\*\*\*0229**

**B** Corporation's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA INC**

**18219 TRISTRAM WAY**
**EDEN PRAIRIE        MN   55346**

**C** IRS Center where corporation filed return
**E-FILE**

| Part II | Information About the Shareholder |

**D** Shareholder's identifying number
**\*\*\*–\*\*–▮**

**E** Shareholder's name, address, city, state, and ZIP code
**MOLLY M SEELEY**
**18219 TRISTRAM WAY**

**EDEN PRAIRIE        MN   55346**

**F** Shareholder's percentage of stock ownership for tax year .................. **99.999864** %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) **50,720** | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Foreign transactions | |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) **H\*** **10,320** | 15 | Alternative minimum tax (AMT) items **F\*** **-12,810** | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis **C\*** **9,313** | |
| 12 | Other deductions **A** **640** | | **D** **45,000** | |
| | | 17 | Other information **V\*** STMT | |
| | | | **W\*** STMT | |
| | | | **X\*** STMT | |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.        www.irs.gov/Form1120S        Schedule K-1 (Form 1120S) 2018

DAA

36776S 12/10/2021 9:03 AM

EX7

671119

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1
## (Form 1120-S)
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning [        ]   ending [        ]

## Shareholder's Share of Income, Deductions, Credits, etc.

} See back of form and separate instructions.

| Part I | Information About the Corporation |

**A** Corporation's employer identification number
**\*\*-\*\*\*0229**

**B** Corporation's name, address, city, state, and ZIP code
LOCAL MOTION MINNESOTA INC

18219 TRISTRAM WAY
EDEN PRAIRIE        MN  55346

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |

**D** Shareholder's identifying number
**\*\*\*-\*\*-9793**

**E** Shareholder's name, address, city, state, and ZIP code
DAVID SEELEY
18219 TRISTRAM WAY

EDEN PRAIRIE        MN  55346

**F** Shareholder's percentage of stock
ownership for tax year .......................... **47.500000** %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) **-21,470** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 F* | Alternative minimum tax (AMT) items **-3,043** |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis **481** |
| 12 A | Other deductions **398** | | |
| | | 17 V* | Other information **STMT** |
| 18 | More than one activity for at-risk purposes* | | |
| 19 | More than one activity for passive activity purposes* | | |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S   Schedule K-1 (Form 1120-S) 2019

DAA

36776S 12/10/2021 9:03 AM

GX7

671119

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning [            ]     ending [            ]

## Shareholder's Share of Income, Deductions, Credits, etc.
} See back of form and separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
**\*\*-\*\*\*0229**

**B** Corporation's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA INC**

**18219 TRISTRAM WAY**
**EDEN PRAIRIE        MN   55346**

**C** IRS Center where corporation filed return
**E-FILE**

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number
**\*\*\*-\*\*-██████**

**E** Shareholder's name, address, city, state, and ZIP code
**MOLLY M SEELEY**
**18219 TRISTRAM WAY**

**EDEN PRAIRIE        MN   55346**

**F** Shareholder's percentage of stock
ownership for tax year ........................... **47.500000** %

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| **1** Ordinary business income (loss) **-21,470** | **13** Credits | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | | |
| **4** Interest income | | |
| **5a** Ordinary dividends | | |
| **5b** Qualified dividends | **14** Foreign transactions | |
| **6** Royalties | | |
| **7** Net short-term capital gain (loss) | | |
| **8a** Net long-term capital gain (loss) | | |
| **8b** Collectibles (28%) gain (loss) | | |
| **8c** Unrecaptured section 1250 gain | | |
| **9** Net section 1231 gain (loss) | | |
| **10** Other income (loss) | **15** **F\*** Alternative minimum tax (AMT) items **-3,042** | |
| **11** Section 179 deduction | **16** **C\*** Items affecting shareholder basis **482** | |
| **12** Other deductions **A** **398** | | |
| | **17** **V\*** Other information **STMT** | |
| **18** ☐ More than one activity for at-risk purposes\* | | |
| **19** ☐ More than one activity for passive activity purposes\* | | |
| \* See attached statement for additional information. | | |

36776S 12/10/2021 9:03 AM

**Ex 7**

671119

| | |
|---|---|
| ☑ Final K-1 | ☐ Amended K-1 |

OMB No. 1545-0123

## Schedule K-1
### (Form 1120-S)
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning [          ]   ending [          ]

## Shareholder's Share of Income, Deductions, Credits, etc.

} See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer Identification number
**\*\*-\*\*\*0229**

**B** Corporation's name, address, city, state, and ZIP code

**LOCAL MOTION MINNESOTA INC**

**18219 TRISTRAM WAY**
**EDEN PRAIRIE        MN  55346**

**C** IRS Center where corporation filed return
**E-FILE**

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
**\*\*\*-\*\*-2928**

**E** Shareholder's name, address, city, state, and ZIP code

**MITCHEL RITTENHOUSE**
**5036 E CORY CIRCLE**

**CAVE CREEK        AZ  85331**

**F** Shareholder's percentage of stock
ownership for tax year .......................... **5.000000** %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **-2,260** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 **F\*** | Alternative minimum tax (AMT) items **-320** |
| 11 | Section 179 deduction | 16 **C\*** | Items affecting shareholder basis **51** |
| 12 **A** | Other deductions **42** | | |
| | | 17 **V\*** | Other information **STMT** |

| 18 | ☐ More than one activity for at-risk purposes\* |
|---|---|
| 19 | ☐ More than one activity for passive activity purposes\* |

\* See attached statement for additional information.

---

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.    www.irs.gov/Form1120S    Schedule K-1 (Form 1120-S) 2019
DAA

EX 8

36775P 01/12/2022 1:58 PM

**PARTNER# 1**

651119

| | | |
|---|---|---|
| **Schedule K-1** | **2020** | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |
| **(Form 1065)** | | |

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.** ▶ See separate Instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
**81-4950229**

**B** Partnership's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA LLC**

**2500 WALNUT STREET**
**ROSEVILLE            MN 55113**

**C** IRS Center where partnership filed return ▶
**OGDEN, UT  84201-0011**

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See Instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See Instructions.
**MITCHEL RITTENHOUSE**

**5036 E CORY CIRCLE**
**CAVE CREEK            AZ 85331**

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____
Name _____

**I1** What type of entity is this partner?  **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see Instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 23.750000 % | 23.750000 % |
| Loss | 23.750000 % | 23.750000 % |
| Capital | 23.750000 % | 23.750000 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | 77,270 | $ 101,353 |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 97,201 | $ 223,924 |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account $ | |
| Capital contributed during the year $ | -2,303 |
| Current year net income (loss) $ | -137,365 |
| Other increase (decrease) (attach explanation) $ | |
| Withdrawals & distributions $ ( | ) |
| Ending capital account $ | -139,668 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See Instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........... $ _____
Ending ........... $ _____

| # | Item | | # | Item |
|---|---|---|---|---|
| 1 | Ordinary business income (loss)   -133,797 | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | | |
| 4c | Total guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 17 | Alternative minimum tax (AMT) items |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 9a | Net long-term capital gain (loss) | | C* | STMT |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss)   -3,568 | | 19 | Distributions |
| 11 | Other income (loss) | | | |
| | | | 20 | Other information |
| 12 | Section 179 deduction | | Z* | STMT |
| 13 | Other deductions | | AH* | STMT |
| 14 | Self-employment earnings (loss) | | | |

| 21 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 22 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2020

EXT

36775P 01/12/2022 1:58 PM
**PARTNER# 2**

| | |
|---|---|
| | □ Final K-1   □ Amended K-1 | OMB No. 1545-0123 |

651119

## Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

# 2020

For calendar year 2020, or tax year

beginning _____   ending _____

## Partner's Share of Income, Deductions, Credits, etc.

▶ **See separate instructions.**

### Part I   Information About the Partnership

**A** Partnership's employer identification number
**81-4950229**

**B** Partnership's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA LLC**

**2500 WALNUT STREET**
**ROSEVILLE        MN 55113**

**C** IRS Center where partnership filed return ▶
**OGDEN, UT  84201-0011**

**D** □ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See Instructions.)
~~████████████~~

**F** Name, address, city, state, and ZIP code for partner entered in E. See Instructions.
**DAVID SEELEY**

**18219 TRISTRAM WAY**
**EDEN PRAIRIE      MN 55346**

**G** □ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____
Name _____

**I1** What type of entity is this partner?  **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  □

**J** Partner's share of profit, loss, and capital (see Instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 23.750000 % | 23.750000 % |
| Loss | 23.750000 % | 23.750000 % |
| Capital | 23.750000 % | 23.750000 % |

Check if decrease is due to sale or exchange of partnership interest .............. □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ..... $ | 77,270 | $ 101,353 |
| Qualified nonrecourse financing  $ | | $ |
| Recourse ........ $ | 97,201 | $ 223,924 |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**        **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account ................ $ | _____ |
| Capital contributed during the year ........ $ | 408,764 |
| Current year net income (loss) .......... $ | -137,366 |
| Other increase (decrease) (attach explanation) ... $ | _____ |
| Withdrawals & distributions ............ $ ( | ) |
| Ending capital account ............... $ | 271,398 |

**M** Did the partner contribute property with a built-in gain or loss?
□ Yes   ☒ No   If "Yes," attach statement. See Instructions.

**N**     **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

Beginning ...................$ _____
Ending ...................$ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **-133,798** | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 17 | Alternative minimum tax (AMT) items |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9a | Net long-term capital gain (loss) | **C\*** | **STMT** |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) **-3,568** | 19 | Distributions |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 20 | Other information |
| | | **Z\*** | **STMT** |
| 13 | Other deductions | **AH\*** | **STMT** |
| 14 | Self-employment earnings (loss) | | |

| | |
|---|---|
| 21 | □ More than one activity for at-risk purposes* |
| 22 | □ More than one activity for passive activity purposes* |

**\*See attached statement for additional information.**

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2020

36775P 01/12/2022 1:58 PM

**PARTNER# 3**

651119

| | | |
|---|---|---|
| Schedule K-1 | **2020** | ☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123 |
| (Form 1065) | | |

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____    ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate Instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
81-4950229

**B** Partnership's name, address, city, state, and ZIP code
LOCAL MOTION MINNESOTA LLC
2500 WALNUT STREET
ROSEVILLE         MN 55113

**C** IRS Center where partnership filed return ▶
OGDEN, UT  84201-0011

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See Instructions.
MOLLY SEELEY
18219 TRISTRAM WAY
EDEN PRAIRIE      MN 55346

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member
**H1** ☒ Domestic partner   ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____
Name _____

**I1** What type of entity is this partner?   **INDIVIDUAL**
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐
**J** Partner's share of profit, loss, and capital (see Instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 23.750000 % | 23.750000 % |
| Loss | 23.750000 % | 23.750000 % |
| Capital | 23.750000 % | 23.750000 % |

Check if decrease is due to sale or exchange of partnership interest ................. ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | 77,269 | $ 101,353 |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 97,200 | $ 223,923 |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account ..................... $ | |
| Capital contributed during the year ............. $ | 408,764 |
| Current year net income (loss) ................ $ | -137,367 |
| Other increase (decrease) (attach explanation) ...... $ | |
| Withdrawals & distributions .................. $ ( | ) |
| Ending capital account ..................... $ | 271,397 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See Instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ..................$
Ending ..................$

For IRS Use Only

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss)  -133,798 | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | | |
| 4c | Total guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | 17 | Alternative minimum tax (AMT) items | |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses | |
| 9a | Net long-term capital gain (loss) | | C* | STMT |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss)  -3,569 | 19 | Distributions | |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | 20 | Other information | |
| | | | Z* | STMT |
| 13 | Other deductions | | AH* | STMT |
| 14 | Self-employment earnings (loss) | | | |

| | |
|---|---|
| 21 ☐ | More than one activity for at-risk purposes* |
| 22 ☐ | More than one activity for passive activity purposes* |

*See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2020

Ex 8

36775P 01/12/2022 1:58 PM
**PARTNER# 4**

651119

| **Schedule K-1**<br>**(Form 1065)**<br>Department of the Treasury<br>Internal Revenue Service | **2020** | | ☐ Final K-1      ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|

For calendar year 2020, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See separate Instructions.

| **Part I** | **Information About the Partnership** |
|---|---|

**A** Partnership's employer Identification number
81-4950229

**B** Partnership's name, address, city, state, and ZIP code
LOCAL MOTION MINNESOTA LLC

2500 WALNUT STREET
ROSEVILLE          MN 55113

**C** IRS Center where partnership filed return  ▶
OGDEN, UT  84201-0011

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See Instructions.)
82-2610285

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
PROVIDENCE GROUP

2460 119TH COURT, UNIT D
BLAINE          MN 55449

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____
Name _____

**I1** What type of entity is this partner?    **PARTNERSHIP**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 23.750000 % | 23.750000 % |
| Loss | 23.750000 % | 23.750000 % |
| Capital | 23.750000 % | 23.750000 % |

Check if decrease is due to sale or exchange of partnership interest .................. ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ..... $ | 77,269 | $ 101,353 |
| Qualified nonrecourse financing $ | | $ |
| Recourse ........ $ | 97,200 | $ 223,923 |

☒ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**          Partner's Capital Account Analysis

Beginning capital account ...................... $ _____
Capital contributed during the year ................. $ _____
Current year net income (loss) ................. $ −137,367
Other Increase (decrease) (attach explanation) .......... $ _____
Withdrawals & distributions ...................... $ ( _____ )
Ending capital account ...................... $ −137,367

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N**      Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .............................. $ _____
Ending ................................ $ _____

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) −133,798 | 15 | Credits |
|---|---|---|---|
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest Income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 17 | Alternative minimum tax (AMT) Items |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9a | Net long-term capital gain (loss) | C* | STMT |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) −3,569 | 19 | Distributions |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 20 | Other Information |
| | | Z* | STMT |
| 13 | Other deductions | AH* | STMT |
| 14 | Self-employment earnings (loss) | | |

| 21 | ☐ | More than one activity for at-risk purposes* |
|---|---|---|
| 22 | ☐ | More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2020

**EX 8**

36775P 01/12/2022 1:58 PM
**PARTNER# 5**

651119

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
**81-4950229**

**B** Partnership's name, address, city, state, and ZIP code
**LOCAL MOTION MINNESOTA LLC**

**2500 WALNUT STREET**
**ROSEVILLE            MN 55113**

**C** IRS Center where partnership filed return ▶
**OGDEN, UT  84201-0011**

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
~~XXXXXX~~

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
**CRAIG NESTER**



                    **MN**

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member
**H1** ☒ Domestic partner    ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____
Name _____

**I1** What type of entity is this partner?  **INDIVIDUAL**
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 5.000000 % | 5.000000 % |
| Loss | 5.000000 % | 5.000000 % |
| Capital | 5.000000 % | 5.000000 % |

Check if decrease is due to sale or exchange of partnership interest .......... ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | 16,267 | $ 21,338 |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 20,463 | $ 47,142 |

☒ Check this box if item K includes liability amounts from lower tier partnerships.

**L**            Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account ................. $ | |
| Capital contributed during the year ......... $ | |
| Current year net income (loss) ............. $ | -28,919 |
| Other increase (decrease) (attach explanation) ..... $ | |
| Withdrawals & distributions .............. $ ( | ) |
| Ending capital account .................. $ | -28,919 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N**       Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................... $ _____
Ending ............................. $ _____

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -28,168 | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | | |
| 4c | Total guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 17 | Alternative minimum tax (AMT) items |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 9a | Net long-term capital gain (loss) | | C* | STMT |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | -751 | 19 | Distributions |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 20 | Other information |
| 13 | Other deductions | | Z* | STMT |
| | | | AH* | STMT |
| 14 | Self-employment earnings (loss) | | | |

| | | |
|---|---|---|
| 21 | ☐ More than one activity for at-risk purposes* |
| 22 | ☐ More than one activity for passive activity purposes* |

***See attached statement for additional information.**

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2020

*Ex 9*

| | |
|---|---|
| **From:** | Mitch Rittenhouse |
| **To:** | David Seeley; Molly Seeley; Justin Christenson; Craig Nester |
| **Subject:** | RE: 60% |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

You are correct on missing a step. As a refresher as to what led up to where we are now with this:

1. *Back in 2017 (and perhaps sooner but I only have records going back to 2017) David Seeley* and I would assume Molly Seeley made the decision to change the 60% held by Molly Seeley in Local Motion MN (hereafter LMMN) to 60% held by Local Motion Minnesota (hereafter LLMINN) so that the revenue pass thru from LMMN occurred to LMMINN and not to Molly Seeley. This was before my time being involved in the treasury functions of LMMINN, so I am unaware of the exact sequence of events, but I can say that taxes were filed in 2017 and for each subsequent years that show that transfer occurred. By filing the taxes for multiple years this codified the transfer of the asset (60% of the shares/ownership in LMMN) to LMMINN, but you are correct, a new operating agreement was not done at the same time. That lack of an operating agreement should not have happened from an administrative standpoint but it's being missing does change that corporate taxes were filed, K1's were issued and personal income taxes were filed based on the new ownership (LMMINN) of that 60% demonstrating that the ownership transfer did in fact occur.

2. When the Operating Agreements for LMMINN were drawn up in early 2020 to accommodate the new ownership structure, that was when I made the discovery that the operating agreements for LMMN were not correct and that nothing had ever been done to formalize the LMMN operating agreement to reflect that 60% was held now by LMMINN and not Molly Seeley and it was decided that this administrative failure should be rectified.

3. We drew up a new operating agreement for LMMN and presented same to the 2 minority EB partners and they opted not to execute the new agreement. I suggested at the time that we issue a side letter to that effect but it was decided that they had been notified, they had acknowledged receipt of the notification, and while they were given the opportunity to execute the new OA which they declined to do, that they had been notified that the ownership transfer of the of the 60% had occurred and that this transfer of the 60% ownership had zero impact on them, so no additional action would be taken at that time.

4. It needs to be said that at the time the LMMINN operating agreement signed in early 2020 to accommodate the new ownership structure et.al. my understanding (and I think Justin's as well although I will not speak for him) was, based on all of the above, that the assets of LMMINN included the 60% ownership of LMMN.

Mitchel Rittenhouse
Vice President of Development
702-285-7994



CONFIDENTIALITY NOTICE: The information contained in this email message, including any attachments, is for the sole use of the intended recipient(s) and my be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended reciepient, please notify the sender by reply email and delete the originall message and all copies from your computer

**From:** David Seeley <David.Seeley@localmotion.com>
**Sent:** Monday, September 28, 2020 8:10 PM
**To:** Molly Seeley <M.Seeley@localmotion.com>; Justin Christenson <justin.christenson@netsirv.com>; Craig Nester <craig.nester@localmotion.com>; Mitch Rittenhouse <mitch.rittenhouse@netsirv.com>
**Subject:** Re: 60%

Ya, thats the return, I don't think the actual Operating Agreement was ever sent over to Bruce... he may just be taking marching orders. We have to connect all the dots on these agreements, I think we missed that step. (?)

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Mitch Rittenhouse <mitch.rittenhouse@netsirv.com>
**Sent:** Monday, September 28, 2020 5:16:14 PM
**To:** David Seeley <David.Seeley@localmotion.com>; Molly Seeley <M.Seeley@localmotion.com>; Justin Christenson <justin.christenson@netsirv.com>; Craig Nester <craig.nester@localmotion.com>
**Subject:** RE: 60%

Here is 2018 – the one below was for 2017

EX/0



David Seeley
President

Local Motion
The Trusted Mover
p. 612-702-3782
w. localmotion.com

**(952) 474-MOVE**

Over 200,000 Customers Served



      

---

**From:** David Seeley <David.Seeley@localmotion.com>
**Date:** Friday, November 12, 2021 at 3:36 PM
**To:** mollyseeley <mollyseeley@gmail.com>
**Subject:** POA and Dennis Phone

Attached is the POA to fill out section 1 and 7, Dennis team can do the rest. Also TEXT Dennis, then arrange a call that way is best... Here is his number: 612-867-3541.



David Seeley
President

Local Motion
The Trusted Mover
p. 612-702-3782
w. localmotion.com

**(952) 474-MOVE**

Over 200,000 Customers Served



      

Local Motion MN
Income Statement *
09/10/2021 - 09/30/2021



| Income | Amount |
|---|---|
| 3000 - Moving Services | 240,939.09 |
| 3111 - Line Haul | 13,000.00 |
| 3125 - SI Fee | 6,936.39 |
| 3575 - CC Convenience Fee | 5,176.98 |
| 3100 - Moving Supplies | 2,329.27 |
| 3300 - Warehouse Storage | 1,038.99 |
| 3150 - Coverage Plans | 150 |
| | 269,570.72 |

| Expense | Amount |
|---|---|
| 4317 - Contract Services - Ops | 149,377.21 |
| 6055 - Sales Commissions | 17,593.73 |
| 6010 - Management Salaries | 16,531.90 |
| 6011 - Administration Salaries | 7,212.33 |
| 4318 - Contract Services - Sales Op | 6,623.00 |
| 4010 - Moving Supervisor Wages | 4,666.67 |
| 4250 - Field Communications | 3,508.60 |
| 6060 - Storage Commission | 2,995.00 |
| 6000 - Officer Salary | 2,400.00 |
| 6100 - Payroll Taxes - Administrative | 2,306.45 |
| 6505 - Traveling and Mileage | 1,258.82 |
| 4320 - Uniforms and Apparel | 1,024.00 |
| 4310 - Field Supplies | 607.27 |
| 6430 - Utilities - Office | 302.78 |
| 6215 - Promotional Discounts | 142.7 |
| 4270 - Claims, Loss and Refunds | 100 |
| | 216,650.46 |

| Net Profit/(Loss) | $52,920.26 |
|---|---|

*This income statement is generated from the company software, and it is accrual (not cash basis).

Local Motion MN
Income Statement
10/01/2021 - 10/31/2021



| Income | Amount |
|---|---|
| 3000 - Moving Services | 318,083.71 |
| 3300 - Warehouse Storage | 26,430.77 |
| 3125 - SI Fee | 10,895.36 |
| 3150 - Coverage Plans | 8,435.00 |
| 3575 - CC Convenience Fee | 6,715.96 |
| 3100 - Moving Supplies | -936.34 |
| | 369,624.46 |

| Expense | Amount |
|---|---|
| 4317 - Contract Services - Ops | 168,778.79 |
| 6400 - Office Rent | 34,875.60 |
| 6200 - Advertising | 22,031.23 |
| 4220 - Repairs & Maintenance - Vehicles | 9,887.10 |
| 6055 - Sales Commissions | 8,906.94 |
| 6011 - Administration Salaries | 6,025.33 |
| 6991 - Bad or Uncollectable Debts | 6,000.47 |
| 6115 - Member Health Care | 5,628.42 |
| 4010 - Moving Supervisor Wages | 4,666.67 |
| 4270 - Claims, Loss and Refunds | 4,149.05 |
| 6430 - Utilities - Office | 3,829.25 |
| 4318 - Contract Services - Sales Op | 2,500.00 |
| 6000 - Officer Salary | 2,400.00 |
| 6010 - Management Salaries | 2,166.66 |
| 4310 - Field Supplies | 1,816.15 |
| 6421 - Office Communications | 1,770.18 |
| 6100 - Payroll Taxes - Administrative | 1,151.64 |
| 6060 - Storage Commission | 1,135.00 |
| 4125 - Commercial Auto Insurance | 1,000.00 |
| 4250 - Field Communications | 960 |
| 6410 - Lease - Office Equipment | 784 |
| 6380 - Repair & Maintenance - Office | 649.75 |
| 6615 - Dues & Subscriptions | 400 |
| 6215 - Promotional Discounts | 265.6 |
| 6620 - Specialty Printing | 229.25 |
| 4330 - Field Supplies | 195.61 |
| 6605 - Postage & Shipping | 100.03 |
| 4211 - Licensing Fees | 95 |
| 4200 - Truck Fuel | 48 |
| | 292,445.72 |

| Net Profit/(Loss) | $77,178.74 |
|---|---|

**This income statement is generated from the company software, and it is accrual (not cash basis)**

Local Motion MN   *
Income Statement
11/01/2021 - 11/30/2021



| Income | Amount | |
| --- | --- | --- |
| 3000 - Moving Services | 252,010.63 | |
| 3300 - Warehouse Storage | 30,656.13 | |
| 3125 - SI Fee | 7,988.12 | |
| 3575 - CC Convenience Fee | 6,159.44 | |
| 3100 - Moving Supplies | -2,774.43 | |
| 3150 - Coverage Plans | -6,611.73 | * |
| | 287,428.16 | |

| Expense | Amount |
| --- | --- |
| 4317 - Contract Services - Ops | 134,587.35 |
| 6010 - Management Salaries | 54,994.30 |
| 6055 - Sales Commissions | 21,024.95 |
| 6011 - Administration Salaries | 16,868.48 |
| 6200 - Advertising | 16,498.92 |
| 6400 - Office Rent | 14,938.36 |
| 6115 - Member Health Care | 11,256.84 |
| 4318 - Contract Services - Sales Op | 10,000.00 |
| 4010 - Moving Supervisor Wages | 9,333.34 |
| 6065 - SI Commission | 7,512.67 |
| 6100 - Payroll Taxes - Administrative | 6,486.66 |
| 6000 - Officer Salary | 4,800.00 |
| 4229 - Truck Leases | 2,915.36 |
| 6060 - Storage Commission | 2,292.50 |
| 6421 - Office Communications | 1,775.70 |
| 6991 - Bad or Uncollectable Debts | 1,389.60 |
| 4250 - Field Communications | 1,244.35 |
| 4210 - Vehicle Licenses | 1,197.00 |
| 6110 - Member Benefits | 1,185.80 |
| 6411 - Lease - DS Truck | 668 |
| 6430 - Utilities - Office | 646.65 |
| 4270 - Claims, Loss and Refunds | 645 |
| 6600 - Office Supplies | 327.82 |
| 6215 - Promotional Discounts | 270.2 |
| 4200 - Truck Fuel | 113.28 |
| 6605 - Postage & Shipping | 54.91 |
| 6950 - Bank and Finance Fees | 30 |
| 6615 - Dues & Subscriptions | -50 |
| | 323,008.04 |

| Net Profit/(Loss) | ($35,579.88) |
| --- | --- |

* Note: $7400 Credit on Customer 227347 - Selected incorrect valuation and received credit

**\*profit/loss report generated from company software, so this doesn't tie out to the bank statement.**

Local Motion MN
Income Statement
12/01/2021 - 12/31/2021



| Income | Amount |
|---|---|
| 3000 - Moving Services | 220,250.07 |
| 3300 - Warehouse Storage | 25,570.03 |
| 3125 - SI Fee | 8,040.00 |
| 3575 - CC Convenience Fee | 5,567.12 |
| 3100 - Moving Supplies | 3,027.40 |
| 3150 - Coverage Plans | 200 |
| | 262,654.62 |

| Expense | Amount |
|---|---|
| 4317 - Contract Services - Ops | 113,562.76 |
| 6010 - Management Salaries | 26,263.80 |
| 6400 - Office Rent | 19,937.80 |
| 4228 - Ryder Fleet Lease | 19,776.88 |
| 6011 - Administration Salaries | 14,948.49 |
| 4229 - Truck Leases | 14,296.00 |
| 4010 - Moving Supervisor Wages | 9,333.34 |
| 6310 - Legal & Professional | 7,431.50 |
| 6055 - Sales Commissions | 5,902.47 |
| 6115 - Member Health Care | 5,628.42 |
| 6000 - Officer Salary | 4,800.00 |
| 6100 - Payroll Taxes - Administrative | 27,920.64 |
| 4318 - Contract Services - Sales Op | 4,000.00 |
| 4270 - Claims, Loss and Refunds | 3,791.20 |
| 4320 - Uniforms and Apparel | 2,937.16 |
| 6430 - Utilities - Office | 2,568.32 |
| 4330 - Field Supplies | 1,550.09 |
| 4250 - Field Communications | 757.67 |
| 4310 - Field Supplies | 704.59 |
| 6410 - Lease - Office Equipment | 668 |
| 6060 - Storage Commission | 627.5 |
| 6330 - Payroll Service | 497 |
| 6421 - Office Communications | 265.88 |
| 6215 - Promotional Discounts | 233.1 |
| 4211 - Licensing Fees | 155 |
| 4220 - Repairs & Maintenance - Vehicles | 122.38 |
| 4200 - Truck Fuel | 116.19 |
| 6991 - Bad or Uncollectable Debts | 70 |
| 6300 - Insurance - General Liability | 6604.3 |
| 6200 - Advertising | 8942.91 |
| 6950 - Bank and Finance Fees | 15 |
| | 304,428.39 |

| Net Profit/(Loss) | ($41,773.77) |
|---|---|

# Boynton
*Law Offices, P.A.*

December 12, 2021

Molly Seeley
22760 Galpin Lane
Shorewood, MN 55331

RE: Local Motion MN, LLC – Cease and Desist

Dear Ms. Seeley:

As you are aware, I represent Local Motion MN, LLC and Local Motion Minnesota, Inc. (collectively, the "Company"). This past September the Company provided notice to all shareholders of a special meeting to be held on September 22, 2021 via Zoom. That meeting was attended by all shareholders except you. The meeting was continued to September 23, 2021 at which time the majority of the shareholders voted to terminate your employment with the Company and expel you as a shareholder of the Company. Your expulsion triggers an automatic purchase of your shares for fair value. Given that the Company's assets as represented in the pending bankruptcy proceeding are approximately $400,000 and its liabilities are approximately $3,500,000 the Company has determined that the reasonable value of your shares of the Company is $0.00.

Since your termination and expulsion it has come to the Company's attention that you have continued to represent yourself as an owner of the Company. Specifically, the Company is aware of an email communication sent by you on December 5, 2021 wherein you identify yourself as an "owner" of the Company.

This letter is to demand that you immediately CEASE AND DESIST from: (1) making any further false statements regarding your affiliation with the Company, or ability to represent it; (2) making any defamatory or disparaging remarks regarding the Company; and (3) interfering with any current or prospective business interests of the Company. Please note that the Company intends to pursue all legal remedies available to it in the event that you refuse to abide by the foregoing.

RECEIVED

JAN 2 4 2022

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

**SUBJECT: CORPORATE DECISION RECORD**

I, Mitchel Rittenhouse, CFO of Local Motion Minnesota, do hereby certify that at a duly constituted meetings of the Stockholders of the Corporation were held on September 22, 2021. In attendance was Mitchel Rittenhouse, David Seeley, Justin Christenson and Craig Nestor, representing 76.25% of the company ownership. The Meeting was held via Zoom Conference Call.

The purpose of the call was to discuss 2 issues. Molly Seeley's contributions to the organization and company earnings issues raised by the Judge, Auditor, Trustee and preference creditors. The matter was discussed and it was agreed that action was necessary and a vote was taken to memorialize these actions and to meet the following morning to finalize the matter.

I, Mitchel Rittenhouse, CFO of Local Motion Minnesota, do hereby certify that at a duly constituted meetings of the Stockholders of the Corporation were held on September 23rd, 2021, which was a continuation of the September 22, 2021 meeting. This meeting was held by Zoom Conference call. On that call were Mitchel Rittenhouse, Justin Christenson and Craig Nestor, representing with 52.5% of the stock held. David Seeley was unable to attend due to pressing personal matters related to Molly Seeley and a court action she served to David Seeley the evening of September 22nd, 2021 but was in communication with the other attendees via text.

After final review, and upon motion duly made and seconded, it was VOTED

Molly Seeley's employment with Local Motion, MN LLC or any other affiliates or subsidiaries will be terminated effective this date, due to the fact that Ms. Seeley is not performing any functions for the benefit of the company, and therefore is not earning compensation. This is a result of objections raised by preference creditors and the analysis of the company structure by the Auditor and Trustee assigned to the Local Motion, MN LLC Chapter 11 reorganization determining that her continued employment is not in the best interest of the company or of the cash collateral position of the company.

Under the terms and conditions of Section 3, Scenario 5, **Expulsion of Owner** in the Buy and Sell Agreement for Local Motion Minnesota, LLC, Molly Seeley's is being expelled from the company. Company agrees to transfer all ownership interest of Molly Seeley to Local Motion Minnesota, LLC pursuant to the terms and conditions of the Buy and Sell Agreement.

In as much as the primary asset of Local Motion Minnesota LLC is Local Motion MN, LLC, and that asset is currently in Chapter 11 Bankruptcy with $400,000 in assets and $3,500,000 in liabilities, the company has negative value, as such there is no payment for the ownership interest.

The vote was unanimously YES for both actions. David Seeley voted on the matter via text message.

I hereby certify that the foregoing votes are in full force without rescission, as modification or amendment.

EX·13



United States Patent and Trademark Office

Home|Site Index|Search|FAQ|Glossary|Contacts|eBusiness|eBiz alerts|News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 3 03:17:23 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 10 out of 27**

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **LOCAL MOTION** |
| **Goods and Services** | (CANCELLED) IC 039. US 100 105. G & S: Warehouse storage services; packaging articles for transportation; moving services. FIRST USE: 20050220. FIRST USE IN COMMERCE: 20050220 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.05 - Smoke ; Steam ; Vapor<br>18.05.03 - Engines, railroad ; Locomotives ; Subway cars ; Train cars ; Trains |
| **Trademark Search Facility Classification Code** | ART-07.11 Structural Works<br>ART-18.05 Land motor vehicles<br>INAN Inanimate objects such as lighting,clouds,footprints,atomic configurations,snowflakes,rainbows,flames<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 77462251 |
| **Filing Date** | April 30, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 31, 2009 |
| **Registration Number** | 3764056 |
| **Registration Date** | March 23, 2010 |
| **Owner** | (REGISTRANT) Seeley, David Allen INDIVIDUAL UNITED STATES 7472 Washington Avenue South Eden Prairie MINNESOTA 55344 |
| **Prior** | 1758789 |

Ex13

**Registrations**

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the terms "LOCAL MOTION" in front of an illustration of an approaching train with smoke flowing from the top. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | October 30, 2020 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



US007778880B2

*Ex 14*

(12) **United States Patent**
Seeley

(10) **Patent No.:**  **US 7,778,880 B2**
(45) **Date of Patent:**  **Aug. 17, 2010**

(54) **SYSTEM AND METHODS FOR REMOTE ACCESS TO STORED ITEMS**

(75) Inventor: **David Seeley**, Eden Prairie, MN (US)

(73) Assignee: **Molly Seeley**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1242 days.

(21) Appl. No.: **11/338,177**

(22) Filed: **Jan. 24, 2006**

(65) **Prior Publication Data**

US 2007/0174130 A1     Jul. 26, 2007

(51) **Int. Cl.**
*G06Q 30/00*     (2006.01)
(52) **U.S. Cl.** ...................................................... **705/26**
(58) **Field of Classification Search** ................... 705/26, 705/27
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,671,697 A * 9/1997 Rutman ....................... 119/473
5,946,660 A     8/1999 McCarty et al.

| | | | |
|---|---|---|---|
| 6,904,410 B1 | 6/2005 | Weiss et al. | |
| 2002/0107777 A1 | 8/2002 | Lane et al. | |
| 2002/0184114 A1 | 12/2002 | Jorgensen | |
| 2004/0098319 A1 | 5/2004 | Senker | |
| 2004/0230439 A1 | 11/2004 | Aptekar | |
| 2006/0122858 A1 * | 6/2006 | Miles et al. .................... | 705/1 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2004015356 A | * | 1/2004 |
| JP | 2007-280339 A | * | 10/2007 |

OTHER PUBLICATIONS

H.S. Ahn et al. "PDA-Based Mobile Robot System with *Remote* Monitoring for Home Environment", 2009 IEEE.*

* cited by examiner

*Primary Examiner*—Naeem Haq
(74) *Attorney, Agent, or Firm*—Fredrikson & Byron, P.A.

(57) **ABSTRACT**

Remote access to a computerized inventory, which includes images of items stored in a storage unit that is assigned to a customer, is provided so that the customer may view the images of the stored items. The remote access may further allow the customer to select particular items, according to the images, and send instructions to a storage facility representative, concerning those selected items.

**28 Claims, 7 Drawing Sheets**

