**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re:                                    Bankruptcy Case No. 21-31539-KAC

Local Motion MN, LLC.                     Chapter 11

    Debtor.

---

### CORPORATE OWNERSHIP STATEMENT

---

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and LBR 1007-1, 2003-2, 7007.1-1 and 9014-1(B), Enterprise Leasing Company of Minnesota, LLC, a

(check one)

☐     Corporate Debtor

☐     Party to an adversary proceeding

☒     Party to a contested matter

☐     Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** owns ten percent (10%) or more of any class of the corporation's equity interests are listed below:

Enterprise Holdings, Inc.

**OR**

☐     **T**here are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

Dated:  March 24, 2022    **SPENCER FANE LLP**

        By: /s/ James A. Lodoen
         James A. Lodoen, #0173605
        100 South 5th Street, Suite 2500
        Minneapolis, Minnesota 55402
        Phone:  (612) 268-7039
        Fax:  (612) 268-7001
        jlodoen@spencerfane.com

        AND

        **FOLEY & LARDNER LLP**

        By: /s/ Timothy C. Mohan
        Timothy C. Mohan, Atty No. 50559
        1400 16th Street, Suite 200
        Denver, CO 80202
        Phone:  (720) 437-2000
        Fax:  720) 437-2200
        tmohan@foley.com

        **ATTORNEYS FOR ENTERPRISE
LEASING COMPANY OF MINNESOTA,
LLC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 24, 2022, a true and correct copy of the Corporate Ownership Statement was served via electronic notification to all parties receiving electronic notice in this case.

Dated:  March 24, 2022    By: /s/ James A. Lodoen
          James A. Lodoen, #0173605

2