**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                    BKY No. 21-31539 KAC

Chapter 11 Case

Local Motion MN, LLC,

Debtor.

---

**ORDER APPROVING SETTLEMENT AGREEMENT**

This matter came before the court on the Debtor's Motion to Approve Settlement

Agreement with Defendant David Seeley.  Based on the record,

IT IS ORDERED:

1. The Settlement Agreement between the Debtor and Defendant David Seeley attached
   to the motion as Exhibit A is approved, and the parties are authorized to perform
   according to the terms thereof.

2. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or
   related to the implementation and enforcement of the Settlement Agreement.

Dated: *December 1, 2022*                              /e/ Katherine A. Constantine
                                                            United States Bankruptcy Judge