**RECEIVED**

MAR 2 2 2023

TIME: _8:30 AM_

CLERK, U.S. BANKRUPTCY COURT
**MINNEAPOLIS, MINNESOTA**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

Case No. 21-31539 KAC

In re:

|  |  |
|---|---|
| LOCAL MOTION MN, LLC., | **DAVID SEELEY'S RESPONSE TO EXPEDITED NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7** |
| Debtor. | |

STATMENT

I, David Seeley, founded Local Motion in 1994, running the business with a commitment to better the lives of the people that helped us grow as a team. I have always put my team first. I successfully ran my business for 26 years, never missing a single payroll.

I trusted Mitch Rittenhouse, Justin Christenson, and Craig Nester to run and help grow Local Motion while I developed technology for the company. In November 2020, I shared with Mitch Rittenhouse that Justin was not depositing cash at the bank, only the checks, which amounted to nearly $43,000 at the time of the discovery. Mitch shared he would talk with Justin and have to pay this money back, and I trusted Mitch would follow through.

It is important to note that the Debtor's failure to file for Chapter 7 bankruptcy was due to the mismanagement of Mitch Rittenhouse, who conspired with Justin Christenson - an individual who had been convicted of financial fraud and had served jail time, and Mitch Rittenhouse is providing a safe shell for Justin to commit such crimes, so that Mitch Rittenhouse can get benefit from for himself as well. Due to the actions of these individuals, the Debtor caused irreparable harm to itself, and Chapter 7 bankruptcy was inevitable.

Dilutional and trying to pin the blame on me:

"I strongly DENY the allegation that the Debtor's failure to perform under the terms of the confirmed plan is due to my neglect of the settlement or the second injunction. Since the second injunction I got issued, as I shared with the court many times, I didn't interfere with the IP, as I didn't own it, and I don't have control over the IP assets. In fact, over the past year, the only damage I caused towards the Debtor was shutting down the email accounts of Mitch Rittenhouse, Justin Christenson, and Craig Nester for 1 hour to get them to show up to my resignation meeting, as I knew Mitch had to be conspiring with Justin to take more cash out of business. I also found moving assets to mover 2.0

## CONCLUSION

As the founder of Local Motion, I care about LM customers and reputation, and it was my creation that Rittenhouse, Christenson, and Nester destroyed. I am heartbroken that I trusted these individuals to do something extraordinary yet destroy my hard work of nearly 30 years.

I stronly DENY the allegation in the conclusion that the Debtor cannot recover from the sabotage I allegedly caused and that there is not enough revenue to reorganize successfully. In fact, the Debtor is generating ample revenue, and the matter of the fact is Mitch Rittenhouse, Justin Christenson, and Craig Nester are diverting the company's funds to their accounts without having any intention to take care of LM customers and creditors.

Moreover, it's a fact that Mitch Rittenhouse has been moving assets to his new Mover 2.0 dba Modern Movers and attempting to transfer all employees and LM assets to this new entity. This fraudulent behavior has nothing to do with my actions, and it demonstrates the Debtor's intent to avoid bankruptcy laws and evade their responsibilities toward creditors.

I demand that the Debtor, Mitch Rittenhouse, Justin Christenson, Craig Nester to provides credible evidence to support their baseless allegations against me and take necessary steps to correct their fraudulent practices and mismanagement of funds. I will  take all necessary steps to defend my reputation.

Respectfully submitted,

Dated: Mar 22, 2023                                          By:_____
                                                                              David Seeley

                                                                      _____
                                                                              Pro SE