**RECEIVED BY MAIL**

**Harley Hill**
**1310 Blue Oak Ct.**
**Pinole, CA  94564**
StorageExchange@aol.com

APR 1 0 2023

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

April 5, 2023

21 - 31539

Chief Judge, Katherine A. Constantine
8W Diana E. Murphy, United States Courthouse
300 South Fourth Street
Minneapolis, MN  55415

Dear Judge Constantine,

I recently sold 150 storage vaults for Local Motion, a Roseville, MN moving company.  I did not know that I was selling the vaults for Local Motion and I did not know that Local Motion had filed for Chapter 11 Bankruptcy on 09/10/2021.  I am writing you to let you know that Local Motion did sell assets in two separate transactions during January of this year.

Local Motion has received full payment for both transactions but has not fulfilled on either transaction.  In one transaction they have not provided all the parts for 8 vaults bought in Ramsey, MN and in the other transaction they have not delivered 15 vaults, and parts for 15 previously delivered vaults, to St. Louis, MO.

Local Motion is leaving a trail of problems.  And, aren't they out of compliance with their Chapter 11 Plan?  I can be reached at (510) 275-9708 if you need additional information.

Sincerely yours,

*Harley Hill*

Harley Hill

CC:  US Trustee,  Minneapolis, MN
CC:  Trustee, Steven B. Nosek, St. Anthony, MN