UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In the Matter of:

LOCAL MOTION MN, LLC,                                              Case No. 21-31539-KAC

                                                                  Chapter 7

Debtor.

## NOTICE OF ABANDONMENT

To:  The United States Trustee, all creditors and other parties in interest.

On May 19, 2023, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will abandon property of the estate as follows:

The following action is pending in Federal Court:  Pan v. Local Motion MN, LLC et al., No. 22-cv-03169 (D. Minn.) (the "Case").  The Plaintiff in that C
ase, Secured Creditor Yue Pan ("Pan") asserts rights to the following:
- U.S. Trademark Registration No. 2,994,169 for the word mark "Local Motion," including the design/drawing used in connection with that mark and any common law rights in the names and logos used in connection with that mark
- The following internet domains (hosted by Thryv):
    - localmotionmovers.com
    - localmotionmover.com
    - localmotion.com
    - localmotionconstruction.com
    - localmotionhomeservices.com
    - Any remaining sites containing the "Local Motion" mark
    - localmotionmoving.com
- All Local Motion Yelp sites (hosted by Thryv)
- All Local Motion Facebook sites (hosted by Thryv)
- Google My Business account for Local Motion (hosted by Thryv)
- All materials, stock, video, and media assets associated with the above sites
(the "Trademark and Domains")

In a Counterclaim to the above-referenced Case (the "Counterclaim"), the debtor made the following Counterclaims asserted in that action:
- False designation of origin under 15 U.S.C. 1125(A)(1)(A) for the word mark "Local Motion" against Yue Pan and David Seeley
- Cybersquatting under 15 U.S.C. 1125(D)(1)(B)(1) as to the domain www.localmotion.com against Yue Pan and David Seeley
- Trademark Registration Transfer or Cancellation under 15 U.S.C. 1119 for U.S. Registration No. 2,994,169 for the mark "Local Motion"
- Declaratory Judgment of ownership of www.localmotionmovers.com and www.localmotion.com and the mark "Local Motion"
- Declaratory Judgment that the transfer of the Seeley's equity to the Receiver is null and void and that the Receiver's transfer of that equity to Yue Pan is null and void
- Violation of bankruptcy stay against Yue Pan
- Unfair Competition under Minn. Stat. 325D.44 against Yue Pan and David Seeley
- Tortious Interference with Prospective Business Advantage against Yue Pan and David Seeley
(the "Counterclaims")

The debtor also held the following Leasehold Interests, which leases were not rejected, as set forth in the debtor's Final Report dated April 07, 2023:

| | | |
|---|---|---|
| **Building Lease**<br>Artis REIT<br>600 220 Portage Ave.<br>Winnipeg MB R3C OA5 | **Building Lease (New Property Owner – took over as landlord from Artis REIT)**<br>TCI Venture, LLC<br>5201 Eden Avenue, Suite 50<br>Edina, MN 55436 | **Truck Lease**<br>Mitsubishi Motor Corporation of America<br>6400 Katella Ave.<br>Cypress, CA 90630 |
| **Forklift Lease**<br>Wells Fargo Equipment Finance<br>800 Walnut Street<br>4TH Floor<br>Des Moines, IA  50309 | **Copier Lease**<br>Metro Sales<br>250 N. River Ridge Circle<br>Suite 100<br>Burnsville, MN  55337 | |

(the "Leasehold Interests")

The Trademark and Domains are collateral for secured loans and subject to perfected security interests of various secured lenders, including Pan, as assignee of creditor 8625 Monticello, LLC's claim, which claim is in excess of $254,768 and Richard H. Nicholson as Collateral Agent, who is owed in excess of $170,000 plus Attorney's Fees. The 2nd Modified Plan of Reorganization Under Subchapter V of Chapter 11, dated March 17, 2022,  states:  "The service mark on the name 'Local Motion' continues to be held by David Seeley as an individual pursuant to United States Patent and Trademark filing #78232182 and is subject to the security interest of Richard H. Nicholson [and 8625 Monticello, LLC]."  Because of the amount owed to the secured lenders regarding the Trademark and Domains, because the Counterclaims listed above would be costly to litigate and are of little or no value to the Bankruptcy Estate, and because the Leasehold Interests are of little or no value to the Bankruptcy Estate, the trustee asserts the Trademark and Domains, the Counterclaims and the Leasehold Interests to be burdensome or of inconsequential value to the Bankruptcy Estate and abandonment of any and all claims to ownership in the Trademark and Domains, abandonment and release of all Counterclaims brought in the Case, and abandonment of the Leasehold Interests to be in the best interest of creditors.

**OBJECTION:  MOTION:  HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is timely delivered and filed, the court may hold an expedited hearing on the objection with reduced notice of the hearing.  The trustee will schedule the hearing with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Clerk of Bankruptcy Court<br>U.S. Bankruptcy Court<br>Warren Burger Federal Bldg.<br>Suite 200<br>316 North Robert Street<br>St. Paul, MN 55101 | United States Trustee<br>1015 US Courthouse<br>300 South 4th Street<br>Minneapolis, MN  55415 | Trustee<br>(see address below) |

Dated:  April 28, 2023

/e/ Patti J. Sullivan
Patti J. Sullivan, Trustee, #170124
1595 Selby Avenue
Suite 205
Saint Paul, MN 55104
(651) 699-4825

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

   LOCAL MOTION MN, LLC

CASE NO: 21-31539

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 4/28/2023, I did cause a copy of the following documents, described below,

Notice of Abandonment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/28/2023

/s/ Patti J. Sullivan
Patti J. Sullivan  170124
Panel Trustee
Sullivan Law Firm, P.A.
1595 Selby Avenue, Suite 205
St. Paul, MN  55104
651 699 4825
susie@pattisullivan.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

LOCAL MOTION MN, LLC

CASE NO: 21-31539

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 4/28/2023, a copy of the following documents, described below,

Notice of Abandonment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Patti J. Sullivan
Sullivan Law Firm, P.A.
1595 Selby Avenue, Suite 205
St. Paul, MN  55104

USPS FIRST CLASS MAILING ENCLOSED PIECE:
Parties whose names are struck through were not served via a First Class or USPS Mail Service.

FIRST CLASS
MICHAEL H FRASIER ATTORNEY
RUBRIC LEGAL LLC
111 THIRD AVE S SUITE 110
MINNEAPOLIS MN 55401

FIRST CLASS
ERIN OVEROM DUNGAN PARTNER
PADMANABHAN  DAWSON PLLC
45 SOUTH 7TH ST
MINNEAPOLIS MN 55402

FIRST CLASS
OFFICER OR MANAGING AGENT
METRO SALES
250 N RIVER RIDGE CIRCLE SUITE 100
BURNSVILLE MN 55337

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-31539
DISTRICT OF MINNESOTA
FRI APR 28 11-5-0 PST 2023

8625 MONTICELLO  LLC
27150 EDGEWOOD ROAD
EXCELSIOR  MN 55331-8350

EXCLUDE
(U)ENTERPRISE HOLDING  INC

EXCLUDE
(U)ENTERPRISE LEASING COMPANY OF
MINNESOTA  LLC

DEBTOR
LOCAL MOTION MN  LLC
2500 WALNUT STREET STE 200
ROSEVILLE  MN 55113-2554

LAMEY LAW FIRM PA
980 INWOOD AVE N
OAKDALE  MN 55128-6625

MEDICA INSURANCE COMPANY
STINSON LLP
50 SOUTH SIXTH ST  2600
STINSON LLP  50 SOUTH SIXTH ST  2
MINNEAPOLIS  MN 55402-2241

UNDELIVERABLE
PEM INC

TCI TT LLC
5201 EDEN AVENUE
SUITE 50
EDINA  MN 55436-2367

WESLER  ASSOCIATES  CPA PC
PO BOX 19016
KALAMAZOO  MI 49019-0016

EXCLUDE
ST PAUL
200 WARREN E BURGER FEDERAL BUILDING
AND US COURTHOUSE
316 N ROBERT ST
ST PAUL  MN 55101-1495

8625 MONTICELLO LN  LLC
750 CENTRAL AVE E
SAINT MICHAEL MN 55376-4552

EXCLUDE
(D)8625 MONTICELLO  LLC
27150  EDGEWOOD RD
EXCELSIOR MN 55331-8350

AHLGREN LAW OFFICE
220 WEST WASHINGTON AVE STE 105
FERGUS FALLS MN 56537-2569

AJ MIDWEST
14675 CHICAGO AVE UNIT NO 2
BURNSVILLE  MN 55306-6731

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998-1535

ANNA CHEN
6136 WATERMAN BLVD
SAINT LOUIS MO 63112-1165

CANADA
ARTIS REIT
600 220 PORTAGE AVE
WINNIPEG MB R3C OA5

ASSURANCE TRANSFER LLC
2132 EMERSON RD S
CAMBRIDGE MN 55008-2516

AX TC INDUSTRIAL II LP
MICHAEL J SMALL  FOLEY  LARDNER LLP
321 N CLARK ST  3000
CHICAGO  IL 60654-4762

(P)ASCENTIUM CAPITAL
ATTN DOMINIC DILORETO
239070 US 59 NORTH
KINGWOOD  TX 77339

B  J MOVING
2507 WOODBRIDGE ST
ROSEVILLE MN 55113-3625

BLOCK BUILDERS LLP
7500 27TH ST W
ST LOUIS PARK MN 55426-3106

BRENT EVENSON
10902 N EAGLE LAKE BLVD
MAPLE GROVE  MN 55369-7611

USPS FIRST CLASS MAILING LESS COPIED TO
Parties whose names are struck through were not served via a First Class USPS Mail Service.

BUSINESS CENTERS
6327 CAMBRIDGE ST
ST LOUIS PARK MN 55416-2418

BILL APPLE
1308 W FAIR AVE
MARQUETTE MI 49855-2653

BILLIE LUPTON
1184 WOODS CREED DR
DELANO MN 55328-9264

BRENT EVENSON
607 WASHINGTON AVE N
MINNEAPOLIS MN 55401-1698

CHALMERS   COMPANY   PLLC
5810 W 78TH ST SUITE 100
MINNEAPOLIS MN 55439-2602

CHRIS TURNER
800 COUNTY ROAD D W APT 108
ST PAUL   MN 55112-8500

CHRIS TURNER
800 COUNTY ROAD D W APT 108
SAINT PAUL MN 55112-8500

CHRISTOFFEL   ELLIOTT   PA
CHARLES E KEENAN
UBS PLAZA 444 CEDAR ST   STE 1111
SAINT PAUL MN 55101-2129

COPLEN MOVING
1432 COUNTY RD B WEST
ROSEVILLE MN 55113-4213

CRAIG NESTER
3530 HAZEL TRAIL UNIT C
WOODBURY MN 55129-8337

CELLCO PARTNERSHIP DBA VERIZON WIRELESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN   VA 20147-6122

CHRIS TURNER
6200 65TH AVE N UNIT 108
BROOKLYN PARK MN 55429-1937

DAVID SEELEY
18219 TRISTAM WAY
EDEN PRAIRIE MN 55346-1131

DIESEL MINNESOTA
1743 COUNTY RD C WEST
ROSEVILLE MN 55113

DIESEL MINNESOTA INC
403 OLD HIGHWAY 8 NW FRNT
ST PAUL   MN 55112-3387

DIANE MOORE
11 IRVINE PARK
ST PAUL   MN 55102-2560

ERIK A AHLGREN
AHLGREN LAW OFFICE   PLLC
220 W WASHINGTON AVE STE 105
FERGUS FALLS   MN 56537-2569

EXCLUDE
(D)ERIK A AHLGREN
AHLGREN LAW OFFICE   PLLC
220 W WASHINGTON AVE STE 105
FERGUS FALLS   MN 56537 2569

EVAN VOXLAND
11105 CARVER CT
BURNSVILLE MN 55337-1001

(P)FALCON NATIONAL BA NK
ATTN LOAN OPERATIONS
183 CEDAR DR
FOLEY MN 56329-4402

FSM HOLDINGS LLC
4600 TOWSON AVE
FORT SMITH AR 72901-8074

FSM HOLDINGS   LLC
KEECH LAW FIRM
2011 S BROADWAY
LITTLE ROCK   AR 72206-1353

EXCLUDE
(D)(P)FALCON NATIONAL BA NK
ATTN LOAN OPERATIONS
183 CEDAR DR
FOLEY MN 56329 4402

GARY AND JEANNIE SMITH
2935 AUTUMN WOODS
CHASKA MN 55318-1135

HOGLAND BODY   EQUIPMENT INC
307 CHELSEA RD
PO BOX 1147
MONTICELLO MN 55362-1147

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFF GU
260 PINE HOLLOW DR
CIRCLE PINES MN 55014-7010

USPS FIRST CLASS MAILING ENCLOSED PIECES
Parties whose names are struck through were not mailed via a First Class USPS Mail Service.

JMG MOVING
322 19 12 AVE N
SAINT CLOUD MN 56303-3821

JOSEPH L DALY  ARBITRATOR
4016 24TH AVE S SUITE 101
MINNEAPOLIS  MN 55406-3024

JUSTIN CHRISTENSON
7800 PEARSON WAY
FRIDLEY MN 55432-2419

LAMONTA DENSON
6500 67TH AVE
BROOKLYN PARK  MN 55428-2469

LAURIE DAHL
8805 NORWAY ST NW
COON RAPIDS  MN 55433-8009

LEONE TORRES OMANA
4555 AUGUST WAY
INVER GROVE HEIGHTS  MN 55077-1306

LIGHTNING PRINTING INC
DBA WALLACE CARLSON PRINTING
10825 GREENBRIER RD
MINNETONKA MN 55305-3472

LIVGARD  LLOYD PLLP
2520 UNIVERSITY AVE SE 202
MINNEAPOLIS MN 55414-3367

EXCLUDE
(D)LIGHTNING PRINTING  INC
DBA WALLACE CARLSON PRINTING
10825 GREENBRIER RD
MINNETONKA  MN 55305 3472

M2 LEASE FUNDS LLC
175 N PATRICK BLVD  SUITE 140
BROOKFIELD WI 53045-5811

EXCLUDE
(D)M2 LEASE FUNDS LLC
175 N PATRICK BLVD  SUITE 140
BROOKFIELD WI 53045 5811

METRO MUSCLE MOVING
14332 HEYWOOD AVE
APPLE VALLEY MN 55124-6742

MICACHEL LUPTON
1184 WOOD CREEK DR
DELANO  MN 55328-9264

MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564

MITCHEL RITTENHOUSE
5036 E CORY
CAVE CREEK AZ 85331-4526

EXCLUDE
(D)MITCHEL RITTENHOUSE
5036 E CORY
CAVE CREEK  AZ 85331 4526

MITSUBISHI MOTOR CORPORATION OF AMERICA
6400 KATELLA AVE
CYPRESS CA 90630-5208

MN DEPT OF REVENUE
COLLECTION DIVISION
PO BOX 64447 - BKY
ST PAUL MN 55164-0447

MOLLY SEELEY
22760 GALPIN LN
SHOREWOOD MN 55331-3104

MOVE DEPOT
8805 NORWAY ST
COON RAPIDS  MN 55433-8009

MINNESOTA REVENUE
PO BOX 64447  BKY
ST PAUL  MN 55164-0447

NETSIRV TECHNOLOGY
18219 TRISTRAM WAY
EDEN PRAIRIE MN 55346-1131

PAN YUE
15715 17TH AVE N
PLYMOUTH MN 55447-6437

EXCLUDE
(D)PAN YUE
15715 17TH AVE N
PLYMOUTH  MN  55447 6437

PAN YUE
3824 WELCOME AVE N
CRYSTAL MN 55422-2046

PREMIUM MOVING
949 SCHALLER DR
MAPLEWOOD MN 55119-5843

PROGRESSIVE CONVERTING
PROCON
13100 12TH AVE N STE 2
PLYMOUTH MN 55441-4597

USPS FIRST CLASS MAILING LESS PIECES
Parties whose names are struck through were not served via a First Class USPS Mail Service.

PROVIDENCE GROUP
14338 COSETTE WAY
HUGO MN 55038-4440

RAB ACCOUNTING   CONSULTING LLC
PO BOX 447
MOUND MN 55364-0447

RESCUE CREW
6200 65TH AVE N STE 108
BROOKLYN PARK MN 55429-1937

RICHARD H NICHOLSON
AS COLLATERAL AGENT
6 WEST FIFTH STREET STE 200
SAINT PAUL MN 55102-1490

RING CENTRAL
20 DAVIS DRIVE
BELMONT CA 94002-3002

ROB STINAR
17433 GOODLAND PATH
LAKEVILLE MN 55044-7481

EXCLUDE

RYDER TRUCK RENTAL INC
6000 WINDWARD PARKWAY
ALPHARETTA GA 30005-8882

RICHARD H NICHOLSON AS COLLATERAL AGENT
CO AHLGREN LAW OFFICE   PLLC
220 W WASHINGTON AVE STE 105
FERGUS FALLS   MN 56537-2569

(D)ROB STINAR
17433 GOODLAND PATH
LAKEVILLE MN 55044-7481

STEVE BOYNTON
ATTORNEY AT LAW
11150 MISSISSIPPI DR N
CHAMPLIN   MN 55316-4521

STEVEN E BOYNTON
ATTORNEY AT LAW
400 S 4TH ST STE 1012
MINNEAPOLIS MN 55415-1411

SUMMIT ACCOUNT RESOLUTION
PO BOX 131
CHAMPLIN MN 55316-0131

SUMITOMO MITSUI FINANCE AND LEASING CO
LTD
CO KYE LAW GROUP   PC
201 OLD COUNTRY ROAD   SUITE 120
MELVILLE   NY 11747-2725

US SMALL BUSINESS ADMIN
MINNESOTA DISTRICT OFFICE
330 2ND AVE S STE 430
MINNEAPOLIS MN 55401-2224

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS   MN 55415-3070

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686

VOXLAND
14332 HEYWOOD AVE
APPLE VALLEY   MN 55124-6742

WELLS FARGO EQUIPMENT FINANCE
800 WALNUT STREET
4TH FLOOR
DES MOINES IA 50309-3891

WILBUILT MOVERS
3001 NEWTON AVE N
MINNEAPOLIS MN 55411-1146

WILLIAM J FLEMING
FLEMING LAW FIRM   PLLC
4665 WHITE BEAR PARKWAY
WHITE BEAR LAKE MN 55110-3300

WINTHROP AND WEINSTINE
ATTN ACCOUNTS PAYABLE
225 SOUTH SIXTH STREET STE 3500
MINNEAPOLIS MN 55402-4629

EXCLUDE

WASTE MANAGEMENT OF MINNESOTA   INC
2550 W UNION HILLS DR
PHOENIX   AZ 85027-5163

WELLS FARGO BANK   NA
ATTN JASON HARKNESS
WELLS FARGO EQUIPMENT FINANCE
800 WALNUT STREET MAC F0005-055
DES MOINES   IA 50309-3891

(D)WILLIAM J FLEMING
FLEMING LAW FIRM   PLLC
4665 WHITE BEAR PARKWAY
WHITE BEAR LAKE   MN 55110-3300

EXCLUDE

WINTHROP   WEINSTINE   PA
ATTN IAN RUBENSTRUNK
225 SOUTH SIXTH STREET   SUITE 3500
MINNEAPOLIS   MN 55402-4629

(U)DAVID SEELEY

JOHN D LAMEY III
LAMEY LAW FIRM   PA
980 INWOOD AVE N
OAKDALE   MN 55128-6625

USPS FIRST CLASS MAILING OF 9 PIECES
Parties whose names are struck through were not served via First Class USPS Mail Service.

EXCLUDE

(D)MOLLY SEELEY
22760 GALPIN LN
SHOREWOOD  MN 55331-3104

NICHOLAS BERGERON
249 WATER ST
EXCELSIOR  MN 55331-1824

PATTI J SULLIVAN
1595 SELBY AVE STE 205
ST PAUL  MN 55104-4528

RICHARD H NICHOLSON
6 WEST FIFTH STREET
SUITE 200
ST PAUL  MN 55102-1490

YUE PAN
CO BASSFORD REMELE  PA
100 SOUTH FIFTH STREET  SUITE 1500
MINNEAPOLIS  MN 55402-1254