**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

In re: LOCAL MOTION MN, LLC                    §        Case No. 21-31539-KAC
                                               §
                                               §
                                               §
            Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Patti J. Sullivan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $584,233.91 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $8,000.00 | |

3) Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $520,567.48 | $503,347.19 | $503,347.19 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,663.76 | $8,663.76 | $8,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $165,668.89 | $165,668.89 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $658,872.05 | $583,982.40 | $583,982.40 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,931,597.08 | $1,287,692.25 | $1,287,692.25 | $0.00 |
| **TOTAL DISBURSEMENTS** | $4,111,036.61 | $2,549,354.49 | $2,549,354.49 | $8,000.00 |

4) This case was originally filed under chapter 7 on 09/10/2021, and it was converted to chapter 7 on 03/22/2023.  The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      03/08/2026

By: /s/ Patti J. Sullivan

Trustee , Bar No.: 170124

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance Claim - Craig Nester, Justin Christenson, Mitchel Rittenhouse, Mover 2.0 LLC d/b/a/ Modern Moving and Modern M | 1141-000 | $5,000.00 |
| Avoidance Claim- Steven Earl Boynton | 1141-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | M2 LEASE FUNDS LLC | 4210-000 | $0.00 | $30,000.00 | $30,000.00 | $0.00 |
| 3S | Wells Fargo Bank, N.A. | 4210-000 | $0.00 | $3,700.00 | $3,700.00 | $0.00 |
| 6S | Richard H. Nicholson as Collateral Agent | 4210-000 | $265,798.68 | $254,768.80 | $254,768.80 | $0.00 |
| 7 | Sumitomo Mitsui Finance and Leasing Co., Ltd. | 4210-000 | $0.00 | $199,940.59 | $199,940.59 | $0.00 |
| 10S | AX TC Industrial II L.P. | 4210-000 | $0.00 | $14,937.80 | $14,937.80 | $0.00 |
| N/F | 8625 MONTICELLO LN, LLC | 4210-000 | $254,768.80 | NA | NA | NA |
| | **TOTAL SECURED** | | **$520,567.48** | **$503,347.19** | **$503,347.19** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Patti J. Sullivan | 2100-000 | NA | $1,550.00 | $1,550.00 | $1,423.78 |
| Trustee, Expenses - Patti J. Sullivan | 2200-000 | NA | $402.85 | $402.85 | $370.04 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,750.00 | $1,750.00 | $1,607.48 |
| Bond Payments - BOND | 2300-000 | NA | $12.51 | $12.51 | $12.51 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $130.20 | $130.20 | $130.20 |
| Other Chapter 7 Administrative Expenses - CertificateofService.com | 2990-000 | NA | $370.15 | $370.15 | $370.15 |
| Attorney for Trustee Fees (Other Firm) - Moss & Barnett | 3210-000 | NA | $1,500.00 | $1,500.00 | $1,377.85 |
| Attorney for Trustee Expenses (Other Firm)  - Moss & Barnett | 3220-000 | NA | $95.46 | $95.46 | $87.69 |
| Accountant for Trustee Fees (Other Firm) - Wesler & Associates, CPA PC | 3410-000 | NA | $2,667.00 | $2,667.00 | $2,449.82 |
| Accountant for Trustee Expenses (Other Firm) - Wesler & Associates, CPA PC | 3420-000 | NA | $185.59 | $185.59 | $170.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$8,663.76** | **$8,663.76** | **$8,000.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other Operating Expenses - Uline | 6950-000 | NA | $6,908.34 | $6,908.34 | $0.00 |
| Prior Chapter Other State or Local Taxes  - MN Dept of Revenue (ADMINISTRATIVE) | 6820-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service - IRS | 6810-000 | NA | $8,875.78 | $8,875.78 | $0.00 |
| Administrative Rent (post-petition storage fees, leases) - TCI TT, LLC | 6920-000 | NA | $72,947.52 | $72,947.52 | $0.00 |
| Prior Chapter Other Operating Expenses - Enterprise Leasing Company of Minnesota, LLC | 6950-000 | NA | $76,937.25 | $76,937.25 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$165,668.89** | **$165,668.89** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-5P | Minnesota Revenue | 5800-000 | $24,575.97 | $25,475.23 | $25,475.23 | $0.00 |
| 13-5P | IRS | 5800-000 | $550,000.00 | $517,557.17 | $517,557.17 | $0.00 |
| 29P | Nicholas Bergeron | 5300-000 | $0.00 | $13,650.00 | $13,650.00 | $0.00 |
| 30P | Molly Seeley | 5300-000 | $0.00 | $13,650.00 | $13,650.00 | $0.00 |
| 31P | Molly Seeley | 5300-000 | $5,610.00 | $13,650.00 | $13,650.00 | $0.00 |
| N/F | BILL APPLE | 5300-000 | $4,029.62 | NA | NA | NA |
| N/F | BILLIE LUPTON | 5300-000 | $2,846.02 | NA | NA | NA |
| N/F | BRENT EVENSON | 5300-000 | $2,500.00 | NA | NA | NA |
| N/F | CHRIS TURNER | 5300-000 | $3,380.00 | NA | NA | NA |
| N/F | CRAIG NESTER | 5300-000 | $5,687.54 | NA | NA | NA |
| N/F | DAVID SEELEY | 5300-000 | $5,610.00 | NA | NA | NA |
| N/F | EVAN VOXLAND | 5300-000 | $515.08 | NA | NA | NA |
| N/F | JUSTIN CHRISTENSON | 5300-000 | $3,775.54 | NA | NA | NA |
| N/F | LAMONTA DENSON | 5300-000 | $3,383.84 | NA | NA | NA |
| N/F | LAURIE DAHL | 5300-000 | $2,979.50 | NA | NA | NA |
| N/F | LEONE TORRES OMANA | 5300-000 | $3,695.74 | NA | NA | NA |
| N/F | MICACHEL LUPTON | 5300-000 | $7,197.85 | NA | NA | NA |
| N/F | MITCHEL RITTENHOUSE | 5300-000 | $27,835.35 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | ROB STINAR | 5300-000 | $5,250.00 | NA | NA | NA |
|-----|------------|----------|-----------|-----|-----|-----|
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$658,872.05** | **$583,982.40** | **$583,982.40** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-5N | Minnesota Revenue | 7300-000 | $0.00 | $8,004.82 | $8,004.82 | $0.00 |
| 2U | M2 LEASE FUNDS LLC | 7100-000 | $30,983.03 | $983.03 | $983.03 | $0.00 |
| 3U | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $5,867.46 | $5,867.46 | $0.00 |
| 4U | Uline | 7100-000 | $0.00 | $1,198.65 | $1,198.65 | $0.00 |
| 5-2 | Yue Pan | 7100-000 | $450,000.00 | $310,085.02 | $310,085.02 | $0.00 |
| 6U | Richard H. Nicholson as Collateral Agent | 7100-000 | $0.00 | $11,029.88 | $11,029.88 | $0.00 |
| 8 | Cellco Partnership d/b/a Verizon Wireless | 7100-000 | $0.00 | $13,666.11 | $13,666.11 | $0.00 |
| 9 | Waste Management of Minnesota, Inc. | 7100-000 | $0.00 | $5,586.45 | $5,586.45 | $0.00 |
| 10U | AX TC Industrial II L.P. | 7100-000 | $0.00 | $589.91 | $589.91 | $0.00 |
| 11 | Winthrop & Weinstine, P.A. | 7100-000 | $33,605.00 | $31,605.68 | $31,605.68 | $0.00 |
| 13-5N | IRS | 7300-000 | $0.00 | $267,803.89 | $267,803.89 | $0.00 |
| 13-5U | IRS | 7100-000 | $0.00 | $100.00 | $100.00 | $0.00 |
| 14-2 | Ascentium Capital | 7100-000 | $0.00 | $14,832.12 | $14,832.12 | $0.00 |
| 15 | FSM Holdings, LLC | 7100-000 | $278,000.00 | $230,206.77 | $230,206.77 | $0.00 |
| 16 | JOSEPH L. DALY, ARBITRATOR | 7100-000 | $0.00 | $11,098.50 | $11,098.50 | $0.00 |
| 18 | Diane Moore | 7100-000 | $0.00 | $3,601.91 | $3,601.91 | $0.00 |
| 19 | Metro Sales Inc. | 7100-000 | $0.00 | $1,633.53 | $1,633.53 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| 20U | Uline | 7100-000 | $0.00 | $1,198.65 | $1,198.65 | $0.00 |
|---|---|---|---|---|---|---|
| 21 | JOSEPH L. DALY, ARBITRATOR | 7100-000 | $0.00 | $11,098.50 | $11,098.50 | $0.00 |
| 22 | HOGLAND BODY & EQUIPMENT INC | 7100-000 | $10,200.00 | $6,551.00 | $6,551.00 | $0.00 |
| 23 | Business Centers | 7100-000 | $13,508.30 | $32,520.77 | $32,520.77 | $0.00 |
| 24 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $6,479.60 | $6,479.60 | $0.00 |
| 25 | Jason M. Lewis | 7100-000 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 26 | CHALMERS & COMPANY, PLLC | 7100-000 | $28,800.00 | $39,500.00 | $39,500.00 | $0.00 |
| 29U | Nicholas Bergeron | 7100-000 | $0.00 | $45,850.00 | $45,850.00 | $0.00 |
| 30U | Molly Seeley | 7100-000 | $0.00 | $112,300.00 | $112,300.00 | $0.00 |
| 31U | Molly Seeley | 7200-000 | $0.00 | $112,300.00 | $112,300.00 | $0.00 |
| N/F | AHLGREN LAW OFFICE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AJ MIDWEST | 7100-000 | $1,233.88 | NA | NA | NA |
| N/F | AMERICAN EXPRESS | 7100-000 | $4,500.00 | NA | NA | NA |
| N/F | ANNA CHEN | 7100-000 | $500,000.00 | NA | NA | NA |
| N/F | ASSURANCE TRANSFER LLC | 7100-000 | $10,789.84 | NA | NA | NA |
| N/F | B&J MOVING | 7100-000 | $7,647.90 | NA | NA | NA |
| N/F | BLOCK BUILDERS LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CHRIS TURNER | 7100-000 | NA | NA | NA | NA |
| N/F | CHRISTOFFEL & ELLIOTT, PA | 7100-000 | $1.00 | NA | NA | NA |
| N/F | COPLEN MOVING | 7100-000 | $1,923.50 | NA | NA | NA |
| N/F | DIESEL MINNESOTA | 7100-000 | $18,920.20 | NA | NA | NA |

| N/F | FALCON NATIONAL BANK | 7100-000 | $86,500.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | FALCON NATIONAL BANK | 7100-000 | $122,752.00 | NA | NA | NA |
| N/F | GARY AND JEANNIE SMITH | 7100-000 | $341,149.00 | NA | NA | NA |
| N/F | JEFF GU | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | JMG MOVING | 7100-000 | $5,478.09 | NA | NA | NA |
| N/F | LIGHTNING PRINTING INC | 7100-000 | $28,693.53 | NA | NA | NA |
| N/F | LIVGARD & LLOYD PLLP | 7100-000 | $2,360.12 | NA | NA | NA |
| N/F | METRO MUSCLE MOVING | 7100-000 | $5,228.94 | NA | NA | NA |
| N/F | MITCHEL RITTENHOUSE | 7100-000 | $249,985.00 | NA | NA | NA |
| N/F | MOVE DEPOT | 7100-000 | $5,236.26 | NA | NA | NA |
| N/F | NETSIRV TECHNOLOGY | 7100-000 | $97,500.00 | NA | NA | NA |
| N/F | PAN YUE | 7100-000 | $400,000.00 | NA | NA | NA |
| N/F | PREMIUM MOVING | 7100-000 | $818.80 | NA | NA | NA |
| N/F | PROGRESSIVE CONVERTING | 7100-000 | $19,875.00 | NA | NA | NA |
| N/F | PROVIDENCE GROUP | 7100-000 | $16,284.22 | NA | NA | NA |
| N/F | RAB ACCOUNTING & CONSULTING LLC | 7100-000 | $23,293.62 | NA | NA | NA |
| N/F | RESCUE CREW | 7100-000 | $11,312.82 | NA | NA | NA |
| N/F | RING CENTRAL | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | ROB STINAR | 7100-000 | NA | NA | NA | NA |
| N/F | STEVEN E BOYNTON | 7100-000 | $12,000.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | SUMMIT ACCOUNT RESOLUTION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WILBUILT MOVERS | 7100-000 | $9,017.03 | NA | NA | NA |
| N/F | WILLIAM J. FLEMING | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,931,597.08** | **$1,287,692.25** | **$1,287,692.25** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  21-31539-KAC

**Case Name:**   LOCAL MOTION MN, LLC

**For Period Ending:**   03/08/2026

**Trustee Name:**   (430100) Patti J. Sullivan

**Date Filed (f) or Converted (c):**   03/22/2023 (c)

**§ 341(a) Meeting Date:**   04/28/2023

**Claims Bar Date:**   10/13/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING Account at FLAGSHIP BANK (NEGATIVE BALANCE), xxxxxx2051 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSIT WITH LANDLORD - AMOUNT $14,937.80 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | A/R 90 days old or less.<br><br>Asset #4 (A/R 90 days old or less) Column 2 (Petition/Unscheduled) on the Form 1 reflects the $235,041.37 amount from the amended schedules [Face amount = $245,041.37. Doubtful/Uncollectible accounts = $10,000.00], but the Chapter 11 Final Report which was filed on 4/7/23 is showing an amount of $41,154.00. | 41,154.00 | 0.00 | | 0.00 | FA |
| 5 | Other inventory or supplies: 800 STORAGE PODS, Net Book Value: $0.00, Valuation Method: Liquidation | 160,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | OFFICE FURNITURE, FIXTURES AND ELECTRONICS. Valuation Method: Liquidation | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | LEASED VEHICLES - SEE ATTACHED EXHIBIT 1. Valuation Method: N/A | 1.00 | 0.00 | OA | 0.00 | FA |
| 8 | Avoidance Claim - Anna Chen<br><br>(Listed in the Statement of Financial Affairs Attached Exhibit B; Re Adversary 22-03009 Local Motion MN, LLC v. Anna Chen)<br><br>04/05/2024 Disposition of adversary 3:22-ap-3009. Disposition: Dismissed without prejudice. (LMO) 04/05/2024 Adversary case 3:22-ap-3009 closed (LMO) | 16,704.87 | 1.00 | | 0.00 | FA |
| 9 | Avoidance Claim- Steven Earl Boynton<br><br>(Listed in the Statement of Financial Affairs Attached Exhibits A; Re Adversary 23-03045 Patti J. Sullivan, Trustee v. Steven Earl Boynton) | 12,000.00 | 3,000.00 | | 3,000.00 | FA |
| 10 | Avoidance Claim - Providence Group LLC<br><br>(Listed in the Statement of Financial Affairs Attached Exhibit A; Re Adversary 23-03050 Patti J. Sullivan, Trustee v. Providence Group LLC)<br>collection unlikely; no value for trustee | 161,656.16 | 1.00 | | 0.00 | FA |
| 11 | Avoidance Claim - Movers Wilbuilt LLC<br><br>(Listed in the Statement of Financial Affairs Attached Exhibit A; Re Adversary 23-03051 Patti J. Sullivan, Trustee v. Movers Wilbuilt LLC)<br>collection unlikely; no value for trustee | 103,265.00 | 1.00 | | 0.00 | FA |
| 12 | Avoidance Claim - Wilson's Movers LLC<br><br>(Listed in the Statement of Financial Affairs Attached Exhibit A; Re Adversary 23-03052 Patti J. Sullivan, Trustee v. Wilson's Movers LLC )<br>collection unlikely; no value for trustee | 81,352.88 | 1.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1

Exhibit 8

## Individual Estate Property Record and Report

Page: 2

## Asset Cases

**Case No.:** 21-31539-KAC

**Case Name:** LOCAL MOTION MN, LLC

**Trustee Name:** (430100) Patti J. Sullivan

**Date Filed (f) or Converted (c):** 03/22/2023 (c)

**§ 341(a) Meeting Date:** 04/28/2023

**For Period Ending:** 03/08/2026

**Claims Bar Date:** 10/13/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Avoidance Claim - Craig Nester, Justin Christenson, Mitchel Rittenhouse, Mover 2.0 LLC d/b/a/ Modern Moving and Modern Movers<br><br>(Listed in the Statement of Financial Affairs Attached Exhibits A & B; Re Adversary 23-03053 Patti J. Sullivan, Trustee v. Craig Nester, Justin Christenson, Mitchel Rittenhouse, Mover 2.0 LLC d/b/a/ Modern Moving and Modern Movers)<br>07/23/2024 26 Judgment for adv 3:23-ap-3053. (CMG) (Entered: 07/23/2024)<br>7.23.24: IT IS HEREBY ORDERED AND ADJUDGED: That pursuant to the confession of judgment [Doc 24], the Plaintiff shall have a judgment against the Defendants, Justin Christenson, Mitchel Rittenhouse, and Mover 2.0 LLC, d/b/a Modern Moving and Modern Movers, in the amount of $100,000.00. | 1.00 | 49,000.00 | | 5,000.00 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$596,234.91** | **$52,004.00** | | **$8,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:**   21-31539-KAC

**Case Name:**   LOCAL MOTION MN, LLC

**For Period Ending:**   03/08/2026

**Trustee Name:**   (430100) Patti J. Sullivan

**Date Filed (f) or Converted (c):**   03/22/2023 (c)

**§ 341(a) Meeting Date:**   04/28/2023

**Claims Bar Date:**   10/13/2023

**Major Activities Affecting Case Closing:**

## Morrison Sund is NOT filing a fee app on its 184 Order Granting Application to employ Morrison Sund PLLC for Patti J. Sullivan (Related Doc # 183)##

Per Notice of Abandonment dated March 24, 2023 (Docket #173), trustee abandoned any interest in assets #s 5, 6 & 7.

Per Notice of Abandonment dated April 28, 2023 (Docket #189), trustee abandoned any interest in Trademark and Domains in which Secured Creditor Yue Pan, a Plaintiff in the in the Pan v. Local Motion MN, LLC et al., No. 22-cv-03169 (D. Minn.) Case asserted rights; Counterclaims made by the Debtor in the Pan v. Local Motion MN, LLC et al., No. 22-cv-03169 (D. Minn.) Case; and Leasehold Interests of the Debtor, which leases were not rejected, as set forth in the debtor's Final Report dated April 07, 2023.

Per Motion for Approval of Settlement dated December 19, 2023 (Docket #207), trustee will settle a controversy as follows:  On August 11, 2023, the trustee commenced Adversary Proceeding No. 23-3045, seeking to avoid transfers made to Steven Earl Boynton ("Boynton") totaling $52,591.90. Boynton denied the trustee's claims and alleged affirmative defenses. The parties appeared at Mediation before the Honorable William J. Fisher, resulting in the parties' reaching an agreement (the "Agreement"). Under the terms of the Agreement, Boynton offered to settle the matter listed at Asset #9 for $3,000.00 and has paid the $3,000.00 to the Bankruptcy Estate. Upon Bankruptcy Court approval of the Settlement Notice: Boynton has agreed to waive any right he may have to either amend or file a Proof of Claim pursuant to 11 U.S.C. § 502(h) related to amounts remitted in Settlement of the Claim; the trustee and the Bankruptcy Estate fully and finally release and discharge Boynton from the trustee's claims asserted in Adversary Proceeding No. 23-3045; and Boynton releases and discharges the trustee, her agents and professionals and the Bankruptcy Estate from all actions or claims that he may possess.  Settlement approved  by Order dated  January 10, 2024 (Docket #208 ).  Report of trustee filed on March 04, 2024.

Per Motion for Approval of Settlement dated February 14, 2024 (Docket #211), the trustee will settle a controversy as follows: On September 8, 2023 the trustee commenced Adversary Proceeding No. 23-03053 seeking a monetary judgment against Justin Christenson, Mitchel Rittenhouse and Mover 2.0 LLC d/b/a Modern Moving and Modern Movers (collectively, the "Defendants") for Asset #13. Defendants offered to settle the matter regarding Asset #13  for $49,000.00 to the Bankruptcy Estate on or before July 10, 2024.. Settlement approved by Order dated  March 7 2024  (Docket  #212 ). HOWEVER, payment was NOT made and Trustee sold the Judgment to a 3rd party below.

Per Notice Of Hearing And Motion For Authority To Sell Property dated April 9, 2025 (Docket #215) (Asset #13), Sale and assignment of the Judgment dated July 23, 2024, in ADV 23-03053, in favor of Patti J. Sullivan, Trustee v. Justin Christenson, Mitchel Rittenhouse, and Mover 2.0 LLC, d/b/a Modern Moving and Modern Movers, in the amount of $100,000; will be sold and assigned to Debt Equities LLC for the sum of $2,500.00, "as-is, where-is" with no representations and no warranties. Any competing bids have to be filed in increments of $500. HOWEVER, per 04/30/2025 Minutes re: 215 Motion for Authority to Sell Property, Telephonic appearances by Patti Sullivan, Chapter 7 Trustee, Molly Seeley; Nicholsa Bergeron; Steven Mitnick for SM Financial Services Corporation, and Kyle Kosmider. ORDER TO BE ENTERED. Per Order approving sale dated May 7, 2025 (Docket #219) as follows: The sale and assignment of the Judgment dated July 23, 2024, in ADV 23-03053, in favor of Patti J. Sullivan, Trustee v. Justin Christenson, Mitchel Rittenhouse, and Mover 2.0 LLC, d/b/a Modern Moving and Modern Movers, in the amount of $100,000, to SM Financial Services Corporation for the sum of $5,000, "as-is, where-is" with no representations and no warranties, is authorized. Report of trustee filed on June 5, 2025.

**Initial Projected Date Of Final Report (TFR):** 12/31/2025     **Current Projected Date Of Final Report (TFR):**   09/26/2025 (Actual)

| 03/08/2026 | /s/Patti J. Sullivan |
|---|---|
| Date | Patti J. Sullivan |

**Form 2**

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 21-31539-KAC | Trustee Name: | Patti J. Sullivan (430100) |
|---|---|---|---|
| Case Name: | LOCAL MOTION MN, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1444 | Account #: | ******8886 Checking |
| For Period Ending: | 03/08/2026 | Blanket Bond (per case limit): | $23,400,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/23 | {9} | Steven Boynton | Funds paid per Settlement of Avoidance Claim- Steven Earl Boynton | 1141-000 | 3,000.00 | | 3,000.00 |
| 12/19/23 | 101 | CertificateofService.com | TRACKING NUMBER: 5992 Notice of Settlement Boynton | 2990-000 | | 116.01 | 2,883.99 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,878.99 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.08 | 2,873.91 |
| 02/14/24 | 102 | CertificateofService.com | TRACKING NUMBER: 7058 Settlement Adversary Rittenshouse et all | 2990-000 | | 140.83 | 2,733.08 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,728.08 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,723.08 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,718.08 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,713.08 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,708.08 |
| 07/17/24 | 103 | International Sureties. Ltd | Bond Number 612418760 | 2300-000 | | 2.88 | 2,705.20 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,700.20 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,695.20 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,690.20 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,685.20 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,680.20 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,675.20 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,670.20 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,665.20 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,660.20 |
| 04/09/25 | 104 | CertificateofService.com | TRACKING NUMBER :1346 | 2990-000 | | 113.31 | 2,546.89 |
| 04/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,541.89 |
| 05/12/25 | {13} | SM Financial Services Corporation | purchase of judgment | 1141-000 | 5,000.00 | | 7,541.89 |
| 05/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.61 | 7,533.28 |
| 06/23/25 | 105 | International Sureties. Ltd | Bond # 612418760 | 2300-000 | | 9.63 | 7,523.65 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.66 | 7,511.99 |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.24 | 7,498.75 |

Page Subtotals:          $8,000.00          $501.25

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)                    *! - transaction has not been cleared*

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 21-31539-KAC | Trustee Name: | Patti J. Sullivan (430100) |
|---|---|---|---|
| Case Name: | LOCAL MOTION MN, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1444 | Account #: | ******8886 Checking |
| For Period Ending: | 03/08/2026 | Blanket Bond (per case limit): | $23,400,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.61 | 7,487.14 |
| 01/12/26 | 106 | Patti J. Sullivan | Combined trustee compensation & expense dividend payments. | | | 1,793.82 | 5,693.32 |
| | | Patti J. Sullivan | Claims Distribution - Fri, 09-26-2025 $1,423.78 | 2100-000 | | | |
| | | Patti J. Sullivan | Claims Distribution - Fri, 09-26-2025 $370.04 | 2200-000 | | | |
| 01/12/26 | 107 | Wesler & Associates, CPA PC | Distribution payment - Dividend paid at 91.86% of $2,667.00; Claim # ; Filed: $2,667.00 | 3410-000 | | 2,449.82 | 3,243.50 |
| 01/12/26 | 108 | Wesler & Associates, CPA PC | Distribution payment - Dividend paid at 91.86% of $185.59; Claim # ; Filed: $185.59 | 3420-000 | | 170.48 | 3,073.02 |
| 01/12/26 | 109 | Moss & Barnett | Distribution payment - Dividend paid at 91.86% of $1,500.00; Claim # ; Filed: $1,500.00 | 3210-000 | | 1,377.85 | 1,695.17 |
| 01/12/26 | 110 | Moss & Barnett | Distribution payment - Dividend paid at 91.86% of $95.46; Claim # ; Filed: $95.46 | 3220-000 | | 87.69 | 1,607.48 |
| 01/12/26 | 111 | Clerk of U.S. Bankruptcy Court | 23-03045, 23-03050, 51, 52, 53Distribution payment - Dividend paid at 91.86% of $1,750.00; Claim # ; Filed: $1,750.00 | 2700-000 | | 1,607.48 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 8,000.00 | 8,000.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 8,000.00 | 8,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $8,000.00 | $8,000.00 | |

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)     *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-31539-KAC | **Trustee Name:** | Patti J. Sullivan (430100) |
| **Case Name:** | LOCAL MOTION MN, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1444 | **Account #:** | ******8886 Checking |
| **For Period Ending:** | 03/08/2026 | **Blanket Bond (per case limit):** | $23,400,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8886 Checking | $8,000.00 | $8,000.00 | $0.00 |
| | **$8,000.00** | **$8,000.00** | **$0.00** |

| 03/08/2026 | /s/Patti J. Sullivan |
|---|---|
| Date | Patti J. Sullivan |

**UST Form 101-7-TDR (10 /1/2010)**